# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | Case: 1:22−mj−00216 |
| : | Assigned To Magistrate Judge: Upadhyaya, Moxila A. |
| **v.** : | Assign. Date : 9/30/2022 |
| : | Description: Complaint w/ Arrest Warrant |
| : | |
| **RICHARD SLAUGHTER** : | **VIOLATIONS:** |
| : | |
| : | **18 U.S.C. §§ 111(a)(1) and (b)** |
| **and** : | **(Assaulting, Resisting, or Impeding** |
| : | **Certain Officers Using a Deadly** |
| **CADEN PAUL GOTTFRIED,** : | **or Dangerous Weapon)** |
| : | **18 U.S.C. § 111(a)(1)** |
| : | **(Assaulting, Resisting, or Impeding** |
| **Defendants.** : | **Certain Officers)** |
| : | **18 U.S.C. § 231(a)(3)** |
| : | **(Obstruction of Law Enforcement during** |
| : | **Civil Disorder)** |
| : | **18 U.S.C. §§ 1752(a)(1) and (b)(1)(A)** |
| : | **(Entering and Remaining in a Restricted** |
| : | **Building or Grounds with a Deadly or** |
| : | **Dangerous Weapon)** |
| : | **18 U.S.C. §§ 1752(a)(2) and (b)(1)(A)** |
| : | **(Disorderly and Disruptive Conduct in a** |
| : | **Restricted Building or Grounds with a** |
| : | **Deadly or Dangerous Weapon)** |
| : | **18 U.S.C. §§ 1752(a)(4) and (b)(1)(A)** |
| : | **(Engaging in Physical Violence in a** |
| : | **Restricted Building or Grounds with a** |
| : | **Deadly or Dangerous Weapon)** |
| : | **18 U.S.C. § 1752(a)(1)** |
| : | **(Entering and Remaining in a Restricted** |
| : | **Building or Grounds)** |
| : | **18 U.S.C. § 1752(a)(2)** |
| : | **(Disorderly and Disruptive Conduct in a** |
| : | **Restricted Building or Grounds)** |
| : | **18 U.S.C. § 1752(a)(4)** |
| : | **(Engaging in Physical Violence in a** |
| : | **Restricted Building or Grounds)** |
| : | **40 U.S.C. § 5104(e)(2)(F)** |
| : | **(Act of Physical Violence in the Capitol** |
| : | **Grounds or Buildings)** |

## ORDER

This matter having come before the Court pursuant to the application of the United States

to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe

the disclosure will result in flight from prosecution, destruction of or tampering with evidence,

and serious jeopardy to the investigation, the United States has established that a compelling

governmental interest exists to justify the requested sealing.

   1.  IT IS THEREFORE ORDERED that the application is hereby GRANTED, and

that the affidavit in support of criminal complaint and other related materials, the instant

application to seal, and this Order are sealed until the arrest warrants are executed.

   2.  IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the

public docket of the arrest warrants until they are executed.

Date:                 _____

                 THE HONORABLE MOXILA A. UPADHYAYA
                 UNITED STATES MAGISTRATE JUDGE