# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD SLAUGHTER<br><br>Defendant. | Case No.: 1:33-mj-00216-1<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation Retained.

Dated: October 20, 2022

                                            Respectfully submitted,

                                            _____
                                            Joseph R. Conte, Bar #366827
                                            Counsel for Richard Slaughter
                                            Law Office of J.R. Conte
                                            8251 NW 15th Court
                                            Coral Springs, FL  33071
                                            Phone:        202.236-1147
                                            E-mail:        dcgunlaw@gmail.com

| | |
|---|---|
| *United States v. Richard Slaughter*<br>Case #1:22-mj-00216<br>Notice of Appearance<br>Page No. 1<br><br>APPEARANCE DC 22/10/20 04:53:49 | Joseph R. Conte<br>8251 NW 15th Ct.<br>Coral Springs, FL  33071<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |