# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br><br>RICHARD SLAUGHTER, et al.<br>　　　　Defendant. | Case No.: 1:22-mj-00216<br><br>**NOTICE OF FILING** |

　　　　COMES NOW, counsel for the defendants to file with the court the attached correspondence served on counsel for the United States by the court's Case Management/Electronic Case Filing (CM/ECF) system this date.

Dated:  October 20, 2022

| | | |
|---|---|---|
| *United States v. Richard Slaughter, et al.*<br>Case No. 1:22-mj-00216<br><br>Notice of Filing Page No. 1<br><br>FILING 20221019 22/10/20 06:26:08 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.236.1147<br>Email:  dcgunlaw@gmail.com |

        Respectfully submitted,

        _____
        Joseph R. Conte, Bar #366827
        Counsel for the defendants
        Law Office of J.R. Conte
        8251 NW 15th Court
        Coral Springs, FL  33071
        Phone:     202.236.1147
        Email:  dcgunlaw@gmail.com