# UNITED STATES DISTRICT COURT0
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:22-cr-00354 RCL |
| v. | **ORDER** |
| RICHARD SLAUGHTER and CADEN PAUL GOTTFRIED, Defendants. | |

      Based upon the representations in the defendant' consent motion to continue the March 7, 2023, Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, the Court makes the following findings: The defendants are charged with offenses related to crimes that occurred at the United States Capitol on January 6, 2021. The defendants are in the process of reviewing the extensive discovery.  Additionally the parties also have begun plea negotiations, but that process remains ongoing.  Counsel for the defendants has filed an unopposed motion to continue the status hearing based on the discovery and further requested that this Court exclude the time under the Speedy Trial Act from the date this Court enters an order on this motion through and including the date of the next Status Hearing. The Court agrees that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A) based on the factors described in 18 U.S.C. § 3161(h)(7)(B)(i)(ii) and (iv).

      Therefore, it is this _____ day of _____, 2023,

**ORDERED** that the consent motion to continue the March 7, 2023, Status Hearing and to Exclude Time Under the Speedy Trial Act, is **GRANTED** and it is

**FURTHER ORDERED** that this proceeding is continued to the \_\_\_\_\_ day of _____, 2023, at _____ and it is

and it is

**FURTHER ORDERED** that the time from the date of this Order through and including the date of the next hearing is hereby excluded from the computation of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Judge