# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00354 RCL |
| v. | **MOTION FOR LEAVE TO WITHDRAW AS COUNSELR** |
| RICHARD SLAUGHTER | |
| CADEN GOTTFRIED, | |
| Defendant. | |

COMES NOW, counsel for Richard Slaughter and Caden Gottfried to respectfully request leave of this honorable court to withdraw as counsel. As grounds for this motion counsel would state:

1. Counsel was retained to represent the defendants and entered his appearance on October 20, 2022.

2. On March 2, 2023, John Pierce entered his appearance in this matter.

WHEREFORE counsel respectfully requests that he be granted leave of the court to withdraw as counsel for the defendant.

Dated: March 6, 2023

Respectfully submitted,

*United States v. Richard Slaughter, et al.*
Case No. 1:22-cr-00354 RCL

Motion for Leave to Withdraw as Counsel Page No. 1

WITHDRAW 3 23/03/06 14:33:42

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com

                                                  _____
                                                  Joseph R. Conte, Bar #366827
Counsel for Richard Slaughter
Counsel for Caden Gottfried
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.236.1147
Email:  dcgunlaw@gmail.com

*United States v. Richard Slaughter, et al.*
Case No. 1:22-cr-00354 RCL

Motion for Leave to Withdraw as Counsel Page No. 2

WITHDRAW 3 23/03/06 14:33:42

Joseph R. Conte
Law Office of J.R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com