# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RICHARD SLAUGHTER,<br><br>CADEN GOTTFRIED,<br>        Defendants. | Case No.: 1:22-cr-00354 RCL<br><br>ORDER |

This matter is before the court on the motion of counsel for the defendants, Joseph Conte, to withdraw as counsel and the court having considered the motion it is this _____ day of _____, 2023,

      **ORDERED** that the motion should be and hereby is **GRANTED**

      **SO ORDERED.**

                                                                  _____

                                                                         Royce C. Lamberth<br>
                                                         United States District Judge