IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>-v-<br><br>**RICHARD SLAUGHTER,**<br>   Defendant. | Criminal No.: 1:22-cr-00354-RCL-1<br><br>**DEFENDANT'S MOTION TO CONTINUE** |

## DEFENDANT RICHARD SLAUGHTER'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING

NOW comes Defendant Richard Slaughter, by and through undersigned counsel, hereby respectfully moves the Court for an order on an unopposed motion continuing the status hearing scheduled for March 28, 2023, at 12:30 PM via Zoom before Judge Royce C. Lamberth, on the basis that the Government has extended the plea offer to April 7, 2023. Counsel has conferred with the Government who does not oppose a continuance for the status hearing as there is an extension of time to the plea offer which is set to April 7th, no harm will come to either party, and Defendant Slaughter will not oppose tolling timing. consents to a waiver to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161, for the time between March 8, 2023, the date the Indictment was filed (ECF No. 11), and the date of the next status hearing on April 25, 2023.

WHEREFORE, Defendant Slaughter prays that this Court enter an order continuing the status hearing scheduled for March 28, 2023, as it relates to the extension of a plea offer by the Government made to Defendant Richard Slaughter for a time after the April 7th date.

Dated: March 24, 2023

                                               Respectfully Submitted,

                                               /s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, March 25, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce