# Government's Exhibit 1



Available at https://www.scribd.com/document/634372289/Slaughter-Notice-That-the-United-States-Has-Attempted-to-Plant-Trojan-Malware-on-Defense-Computors-to-Gain-Remote-Access (last accessed April 11, 2023).