UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Crim No. 1:22-cr-00354-RCL |
| | : |
| | : |
| RICHARD SLAUGHTER, and | : |
| | : |
| CADEN PAUL GOTTFRIED, | : |
| | : |
| Defendants. | : |

DECLARATION OF SAIKRISHNA MITTAPALLI

My name is Saikrishna Mittapalli and I am older than 18 years of age.  I state the following facts, under oath and under penalties of perjury.  These facts are all within my personal knowledge and I am prepared to testify regarding them at any time.  I can be contacted through the John Pierce Law firm.

1. Around March 22, 2023, I was contacted by Emily lambert to help with the issue that she has been facing with her PC.
2. Since I have experience in working with computers and I work as network engineer, I tried to help Emily with the issue.
3. I was told, that on Monday March 20, 2023, after she opened a file that she received through email.
4. She mentioned that after opening the file, her PC became frozen and the below message was displayed on the screen.

   **"This program is dangerous and executes commands from an attacker."**

5. She reached out to me on 03/26/23 after contacting tech support specialist, Quentin Murphy, who handles all issues within their firm that are computer related.
6. I spent time trying to locate and eliminate the malware.
7. On 03/28/23 I remotely logged into Emily's PC and spent time looking through files to locate the virus.
8. After locating the hidden file in mt user files, I was finally able to remove the file.

9. In my opinion, the malware was a sophisticated creation, designed to evade easy detection.

Signed under penalty of perjury,

*/s/ Saikrishna Mittapalli*

Saikrishna Mittapalli

P: (475) 449-7660