UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : |
| v. | : Crim No. 1:22-cr-00354-RCL |
| | : |
| | : |
| RICHARD SLAUGHTER, and | : |
| | : |
| CADEN PAUL GOTTFRIED, | : |
| | : |
| Defendants. | : |

DECLARATION OF EMILY LAMBERT

My name is Emily Lambert and I am older than 18 years of age. I state the following facts, under oath and under penalties of perjury. These facts are all within my personal knowledge and I am prepared to testify regarding them at any time. I can be contacted through the John Pierce Law firm.

1. I am employed by the John Pierce Law firm. My title is Client Advocate, and I am generally the person who contacts and communicates with clients.
2. I also perform many other duties with the firm, including paralegal support and discovery review.
3. On Monday, March 20, 2023 at around 5:40 PM, the JPL firm received an email from the United States Attorneys Office entitled "Slaughter and Gottfried - 1st Supplemental Discovery."
4. I opened the discovery email to examine it.
5. I logged into USAFx using Mr. Roots accounts and downloaded the file, and then unzipped the zipped file within.
6. Immediately upon unzipping the file, my computer froze, and the computer's Microsoft antivirus program gave the attached pop-up warning:

> **"This program is dangerous and executes commands from an attacker."**

7. I took multiple attached screenshots of my screen.
8. Later, I contacted our outside tech support specialist, Quentin Murphy, who handles all issues within the firm that are computer related.

9. Quentin told me that the file was indeed a Trojan virus.
10. My computer remained unusable for several days.
11. On 03/26/23 I reached out to another computer/IT specialist Sai Krishna who spent several hours trying to locate and eliminate the malware.
12. On 03/28/23 Mr. Krishna remoted into my PC, and spent several hours looking through files to locate the virus.
13. After locating the hidden file in mt user files, Mr. Krishna was finally able to remove the file.
14. I then had to replace my charger cord, and correct some additional minor issues, and regained full use of the laptop shortly thereafter.

*/s/ Emily Lambert*
Emily Lambert