UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-354 (RCL) |
| | : | |
| RICHARD SLAUGHTER and | : | |
| CADEN PAUL GOTTFRIED, | : | May 30, 2023 |
| | : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Katherine E. Boyles is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
D. Conn. Fed. Bar No. PHV20325
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088