UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>RICHARD SLAUGHTER, and )<br>CADEN GOTTFRIED, )<br>)<br>Defendants )<br>) | Criminal No. 1:22-cr-00354-RCL-1 and 2 |

**DEFENDANT RICHARD SLAUGHTER'S MOTION TO DISMISS COUNT ONE ON GROUNDS THAT THE BATON BELONGING TO THE METROPOLITAN POLICE DEPARTMENT IS NOT "PROPERTY OF THE UNITED STATES" AND THUS THE COURT LACKS JURISDICTION**

COMES NOW Defendants Rick Slaughter and Caden Gottfried, by and through undersigned counsel John Pierce, with this motion to dismiss Count 1 on grounds that the Metropolitan Police Department baton is not property of the United States.

The District of Columbia Government consists of three branches of government: Executive, Legislative, and Judicial. It is independent from and of the United States. The Mayor of D.C. is not an officer of the United States. And the D.C. Metropolitan Police Department (MPD) is not a United States government agency. Nor is the property of the MPD property of the United States.

**District of Columbia home rule** is the D.C. residents' ability to govern their local affairs. D.C. has its own courts, separate from the courts of the United States.

1

And D.C.'s MPD are separate and independent from the Capitol Police, the US Marshal Service, and the FBI.



ACCORDINGLY, Count 1 must be dismissed.

Dated: September 1, 2023                                                        Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, September 1, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce