| | |
|---|---|
| **From:** | Rancourt, Stephen (USADC) |
| **To:** | Roger Roots; John Pierce; Emily Lambert; John Pierce |
| **Cc:** | Boyles, Katherine (USADC) |
| **Subject:** | RE: Slaughter and Gottfried - continuance re filing replies to government oppositions |
| **Date:** | Thursday, September 28, 2023 1:25:00 PM |
| **Attachments:** | 404(b) 702 and Discovery Reminder - Slaughter and Gottfried.msg |
| | image001.png |
| | Compare Doc - Indictment v. Superseding.pdf |

Mr. Pierce and Mr. Roots:

Mr. Roots: first, I'll note that, though I understand you and Mr. Pierce are in the same office, you have not made an appearance on this case. Please file the appropriate EoA / PHV motion for the Court to consider and I'll be sure to loop you in on future correspondence.

The superseding indictment has four changes. First, it alleges a new 111(a)(1) and (b) and 2 count against Mr. Slaughter (Count 3 of the superseding indictment). Second, it separates the 231 charge into two separate 231s: one for Slaughter, and one for Gottfried. This clarifies that Slaughter and Gottfried are alleged to have committed their 231 conduct separately. Third, it lists the alleged victim for the 2111 count (count 1). And finally, it clarifies that the first 111(a)(1) and (b) count against Slaughter (Count 2) was committed on or about 3:59 p.m., which is when Slaughter is alleged to have used his stick-like object against the police line at the entrance to the tunnel. I have attached a comparison PDF so you can see exactly what has been added and changed.

I'll note that Slaughter's passing of a canister to Cody Mattice, which forms the basis of the new 111 charge against Slaughter, was provided in both initial discovery and in our formal 404(b) notice to Mr. Pierce on August 25, 2023. I'm attaching that email for your convenience.

To answer your question, we are certainly not opposed to you filing additional Rule 12 motions as they solely relate to count three of the superseding indictment. However, given the minimal other changes in the superseding indictment, I fail to see how the superseding indictment affects your ability to timely file your replies to our opposition filings. If either of you could perhaps help me understand your need to ask for more time given that the superseding only impacts the count numbers, and not the language, of particular counts, I'm happy to consider our position.

Sincerely,
Stephen

---

**From:** Roger Roots <rroots@johnpiercelaw.com>
**Sent:** Thursday, September 28, 2023 12:26 PM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Rancourt, Stephen (USADC) <SRancourt@usa.doj.gov>; Emily Lambert <elambert@johnpiercelaw.com>; John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Boyles, Katherine (USADC) <KBoyles@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Slaughter and Gottfried - continuance re filing replies to government oppositions

Dear Stephen and Katherine:

Given that the government has filed a superceding indictment, we are wondering about a continuance—or the need—to file replies to the government's recent oppositions to defendants' motions to dismiss. It appears we may want to draft additional motions. Perhaps a joint status type filing might be in order.

Respectfully,
Roger Roots
Partner-John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367



This message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this email in error, please destroy it and notify me immediately.

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, July 7, 2023 9:39:35 AM
**To:** Rancourt, Stephen (USADC) <Stephen.Rancourt@usdoj.gov>; Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>
**Cc:** Boyles, Katherine (USADC) <Katherine.Boyles@usdoj.gov>
**Subject:** Re: Slaughter and Gottfried - Proposed Scheduling Order

Get Outlook for iOS

---

**From:** Rancourt, Stephen (USADC) <Stephen.Rancourt@usdoj.gov>
**Sent:** Friday, July 7, 2023 11:33:29 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>; Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>
**Cc:** Boyles, Katherine (USADC) <Katherine.Boyles@usdoj.gov>
**Subject:** RE: Slaughter and Gottfried - Proposed Scheduling Order

Thank you, Mr. Pierce. I'll get it on file within the hour.

Sincerely,
Stephen

---

**From:** John Pierce <jpierce@johnpiercelaw.com>
**Sent:** Friday, July 7, 2023 10:29 AM
**To:** Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>
**Cc:** Rancourt, Stephen (USADC) <SRancourt@usa.doj.gov>; Boyles, Katherine (USADC) <KBoyles@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Slaughter and Gottfried - Proposed Scheduling Order

Hey Steve thank you this is fine.

---

**From:** John Pierce
**Sent:** Wednesday, July 5, 2023 12:49 PM
**To:** Emily Lambert <elambert@johnpiercelaw.com>; Roger Roots <rroots@johnpiercelaw.com>; Jonathan Moseley <jmoseley@johnpiercelaw.com>
**Cc:** Rancourt, Stephen (USADC) <Stephen.Rancourt@usdoj.gov>; katherine.boyles@usdoj.gov
**Subject:** FW: Slaughter and Gottfried - Proposed Scheduling Order

Thx very much Steve. Copying other members of my team here so they can review and revert.

JMP

---

**From:** Rancourt, Stephen (USADC) <Stephen.Rancourt@usdoj.gov>
**Sent:** Wednesday, July 5, 2023 11:03 AM
**To:** John Pierce <jpierce@johnpiercelaw.com>
**Cc:** Boyles, Katherine (USADC) <Katherine.Boyles@usdoj.gov>
**Subject:** Slaughter and Gottfried - Proposed Scheduling Order

Mr. Pierce:

As you know, the Court ordered us to confer and submit a proposed trial scheduling order for Richard Slaughter and Caden Gottfried by this Friday, July 7.  Judge Lamberth also made it clear that he wanted everything fully briefed and proposed legal instructions submitted by November 1.

To that end, please see the attached proposal, and let me know if you have any objections to the scheduling order.  Katherine and I are both available all of November for a pretrial conference / motions hearing, but I've highlighted if you need to add dates that you are unavailable.

I look forward to hearing from you so we can get this proposal before the Court by Friday.

Sincerely,

Stephen

----

**Stephen J. Rancourt**
Assistant United States Attorney
Northern District of Texas
Desk: 806.4727398
Cell: ███████

stephen.rancourt@usdoj.gov