

|  | U.S. Department of Justice |
|---|---|
|  | Matthew M. Graves |
|  | United States Attorney |
|  | *District of Columbia* |

*601 D Street, N.W.*
*Washington, D.C.  20530*

August 25, 2023

**Via Email**
Mr. John M. Pierce
21550 Oxnard Street
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com

      Re:  *United States v. Richard Slaughter and Caden Paul Gottfried*
           Case No. 1:22-cr-354-RCL

Dear Mr. Pierce:

      I write pursuant to Fed. R. Evid. 404(b) to provide notice of other crimes, wrongs, or acts, which the government may seek to introduce at trial.[1]  "Rule 404(b) is a rule of inclusion rather than exclusion." *United States v. Douglas*, 482 F.3d 591, 596 (D.C. Cir. 2007) (quoting *United States v. Bowie*, 232 F.3d 923, 929 (D.C. Cir. 2000)).  Thus, evidence of other acts by a defendant are admissible under the rule unless they "lack[] any purpose but proving character." *Bowie*, 232 F.3d at 930.  To be clear, the government does not concede any of the evidence below necessarily falls within the ambit of Rule 404(b) as an "other crime, wrong, or act," rather than an act inextricably intertwined with or part of the offense.  But it provides this notice out of an abundance of caution.  Note that the examples provided below, as to any category of evidence, are not exhaustive, and the inclusion of specific examples is provided for each defendant's benefit, but do not preclude the government from introducing additional, similar evidence under Rule 404(b) at trial if that type of evidence has been generally disclosed here.

---

[1]   The information contained in this letter represents the information known to us currently.  If we learn of additional information, we will notify you promptly.  The examples listed in this letter are not intended to be a comprehensive collection of the evidence related to the noticed topics but are included to clarify the nature of the potential other crimes, wrongs, or acts being noticed.



I. **Email, Text Message, and Instant Message Communications**

The government may introduce statements made by Richard Slaughter after January 6 via text message and instant message. These messages relate to the events of January 6, the 2020 Presidential Election, and the transfer of power to President Biden.

For example, on January 9, 2021, Slaughter had a text conversation with two other individuals during which he stated, among other things, the following:[2]

- "Nobody was just 'let in' to the Capitol. They were told to stand down (because this is OUR house) and they chose not to. So they got their asses handed to them for almost two hours of battle before the breach happened. It's going to get worse. We're already at war. Be prepared for internet and cell phones so be shut down before the SHTF." In the same message, Slaughter sent this photograph:



---

[2] All of these messages were recovered from Slaughter's phone download pursuant to the search warrant and are documented in file no. 266O-SE-3533362_0000055.pdf, provided to you in the government's second supplemental discovery disclosure.

- "The only way to hear the p-resid-ent's message is going to be from an AM/FM radio so get one ready. FCCee just reminded everyone yesterday that it's against feder-al law to NOT broadcast the pr-esidential message during a "state of emergency". He left DeCee on Wednesday and is now with the Marines and safe for the time being. He got banned everywhere, now on Parler, but both Apple & Google swiftly shut it down in their app stores. For now, you can still sign up and access Parler through the web...Until big tech shuts down the internet altogether. So get your radios ready and pray that the broadcasters comply. If not they'll be complicit with tre--ason and added to the arrest list by the US Marines which is currently sitting at a couple hundred thousand right now. And FYI they shut down all of our phones for several hours with an invisible data block fence for a 3 block radius around the capit-al. We couldn't make calls or send texts at all. Not until we got far enough away. A Metro Dee Cee officer told me this directly when I asked him if his phone worked and he said nope, not even mine buddy. Information Wars. Communication lock down. Christmas Day bombing in Nashville was a test by the Ef-Bee-Eye to see how easy it would be to destroy Communications on a local level. Which is why no casualties and everyone in a 2 block radius rec'd a warning to evacuate prior, similar to an amber alert. T-r-ump is already being threatened with mass US casualties via dirtay baumbs in several major metro areas. Expected loss of life in the hundreds of thousands if he doesn't con-seed. (Hoping that's a bluff) time to pray"

- "'We the people' told The Capital Guards to stand down because our country is being taken over by communist china and it was "our house" including theirs if they will stand down. I could tell many of them wanted too. Especially a few white dudes, one looked like he wanted to cry and join us. So yes.... some did comply and let some patriots walk by, but it was only after almost 2 hours of fighting and they were freaking tired bro."

- "They held the line for 2 hours and got tired and ran out of people. The crowd would let in any more officer squad cars from outside so they didn't have much choice after that point. Backup wasn't allowed to reach the capital because patriots blocked them."

- "Trum-p wanted to see if the patriots would have his back. If not, he would've probably con-seed-ed by now. Unarmed and unorganized it still happened, and by that I mean it wasn't a bre-ach...it was a take over. Had patriots been armed and organized they would've seized control of the government easily. Knowing it was impossible to hold that front with no armor and no arms, it was to send a message back to Tr-ump that we will fight for him. That was the war cry that was being screamed the whole time, he fought for us, we fight for him. Message received and now he's not backing down because he knows the will of the people is with him. Praying for his family big time."

While we do not believe this material is necessarily encompassed by Rule 404(b), if it were, it would be admissible to show Slaughter's motive, intent to disrupt government business, engage in disorderly conduct, parade, demonstrate, or picket on Capitol grounds, and absence of

3

mistake in entering the Capitol grounds and engaging in such conduct (to "fight" for the former president). We do not believe this material falls under Rule 404(b), but we are providing notice out of an abundance of caution.

**II.     Images and Video Recovered from Slaughter's Cell Phone**

The government intends on introducing images recovered from Slaughter's cell phone. These images include photos of the Capitol on January 6, 2021, such as the following:



The government intends on introducing images from Slaughter's phone that appear to have been processed to change the color pallet, such as the images below:





The government also intends on introducing other images saved on Slaughter's phone depicting violent imagery and extremism associated with political violence, such as the following:










Finally, the government intends on introducing the 1:16 second long video recovered on Slaughter's phone that appears to be a montage of images Slaughter took on January 6. A screenshot of the opening of that video, previously provided to you through discovery, is here:

7



Please note that this are only a portion of the electronic evidence recovered that the government intends on introducing at trial. Please consult the full scoped phone download previously provided to you through discovery. These images, videos, and text messages would be offered both for evidence of Slaughter and Gottfried's presence on Capitol grounds on January 6, 2021, and to show Slaughter's intent and lack of mistake in engaging in violent conduct as well as all other conduct charged in the indictment.

### III.  Additional Uncharged Conduct, Crimes, and Bad Acts Committed by Richard Slaughter at the Capitol

In addition to the conduct charged in the indictment, the government intends on introducing three distinct acts committed by Richard Slaughter outside the Lower West Terrace (LWT) tunnel on January 6.

First, at approximately 3:52 p.m., Slaughter appears to participate in a collective "heave ho" by the crowd of rioters against law enforcement officers inside the LWT tunnel. Slaughter can be observed repeatedly pushing towards the mouth of the tunnel, using his bodyweight in

what appears to be an attempt to gain access to the building.  The event is captured on numerous open-source videos which have been provided to you through discovery.  A screenshot of one of those videos is here:[3]



Slaughter is also observed handing a black canister of what appears to be OC spray to another rioter outside tunnel.  The government believes this event to have occurred at approximately 4:05 p.m.  The government believes Slaughter hands the canister to an individual named Cody Mattice, who then discharges the canister towards a police officer.  The transaction was captured on open-source video, and a screenshot of the interaction is here:[4]

---

[3] Available at https://www.dropbox.com/s/nqrrsm5m5f61syc/Copy%20of%2020210106_155143.mp4?dl=0 at 0:52 into the video.

[4] Available at https://www.youtube.com/watch?v=oyVoqMsC0AM&t=816 at 13:16 into the video.



Mattice was charged with numerous crimes and elected to plead guilty to a single count of Assaulting, Resisting or Impeding Certain Officers Using a Deadly or Dangerous Weapon, in violation of 18 U.S.C. § 111(a)(1) and (b).[5] In the government's *Mattice* sentencing memorandum, the government included an image of Mattice deploying the canister passed to him by Slaughter against Officer M.A.:[6]



---

[5] *See* U.S. v. Mattice, 1:21-cr-657-1 (BAH).
[6] *See id.* at ECF No. 50, page 21.  A full copy of the sentencing memo, and the body worn camera of Officer M.A., was provided to you in the government second supplemental discovery disclosure.

Lastly, at approximately 4:07 p.m., Slaughter took a pink canister of spray from one rioter and passed it to another rioter outside the tunnel. This moment was also captured on open-source videos provided to you through discovery, screenshots of which are here:[7]



---

[7] Available at https://www.youtube.com/watch?v=oyVoqMsC0AM&t=956 at 15:56 into the video.

None of this material is encompassed by Rule 404(b), but if it were, this conduct would plainly be admissible to show Slaughter's intent, consciousness of guilt, identity, physical presence, motive, and conduct on January 6, 2021.

### IV. Statements Made by Richard Slaughter and Caden Gottfried While on Capitol Grounds on January 6

While on Capitol grounds, Slaughter gave an interview to another individual. A copy of the video has been provided in discovery,[8] and an approximate transcript of the exchange is as follows:

- Interviewer: Someone tells me you're looking for your son.
- Slaughter: Yeah. Caden Gottfried.
- Interviewer: And how old is he?
- Slaughter: He's 18.
- Interviewer: He's out here somewhere?
- Slaughter: He was right here a minute ago. I think he lost his phone.
- Interviewer: And from what you can tell, you can't find him?
- Slaughter: I can't find him, no. He's smart, he's strong, he's tall, I'm not worried about him, but I just want to connect with him.
- Interviewer: Where are you from?
- Slaughter: Washington State.
- Interviewer: Why are you here?
- Slaughter: I'm here because this is the last resort, it was statistically impossible to lose this election, and, uh, there's just nauseating amounts of fraud, and it's not being heard or seen, and we really have nothing left.
- Interviewer: Where do we go from here?
- Slaughter: I'm not quite sure, but I'm not leaving until we all know what we're gonna do.
- Interviewer: That's been one of my biggest questions when I first got here is how does everybody get resolve and leave?
- Slaughter: We don't leave. We stay united. And we take back our country.

While inside the LWT tunnel on January 6 at approximately 5:04 p.m., Caden Gottfried had a conversation with police officers, including J.L. The interaction was captured on J.L.'s body-worn camera and had been provided to you through discovery. A rough transcription of that conversation is as follows:

---

[8] Also available at https://www.youtube.com/watch?v=vTXOkcwYxvE&t=2485s from 41:20 - 42:34.

12

- Officer: Stop!
- Gottfried: I'm not against you guys.  I'm against who you're for.  I realize you're just doing your job.
- Officer: Then go home for god's sake!
- Gottfried: This isn't justice
- Officer: (inaudible) with nothing!  Go the fuck home!
- Gottfried: I respect you guys.

Shortly thereafter, an individual asks if "she" is hurt, mistaking Gottfried for a female.  An officer responds by saying, "no, he's fighting us."  Gottfried is then pulled through the police line into the building and detained.

We do not believe these statements are encompassed by Rule 404(b).  However, if they were, these statements would be admissible to show Slaughter and Gottfried's intent, consciousness of guilt, identity, physical presence, motive, lack of mistake, lack of accident, and conduct on January 6, 2021.

We trust that this information will allow you to file any motions you believe necessary in advance of trial.  If you have any questions about whether we will in fact seek to introduce any particular piece of evidence, as necessary for you to formulate a motion, please reach out and we are happy to discuss.

Sincerely yours,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: *[signature]*

Stephen J. Rancourt
Assistant United States Attorney

CC: AUSA Katherine Boyles

13