

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*601 D Street, N.W.*
*Washington, D.C.  20530*

August 17, 2023

Mr. John M. Pierce
21550 Oxnard Street
Woodland Hills, CA 91367
jpierce@johnpiercelaw.com

    Re:   *United States v. Richard Slaughter and Caden Paul Gottfried*
           Case No. 1:22-cr-354-RCL

Dear Mr. Pierce:

    I have completed my second supplemental disclosure of discovery material and have uploaded to USAfx.  Please let me know if you have any trouble accessing the folders.  Please note that the contents of the folder will be cleared automatically after 60 days, so download all materials uploaded to a separate drive.

    The discovery contains five folders and a total of 1.85 gigabytes of material:

GOVERNMENT
EXHIBIT
5





| Name | Date modified | Type | Size |
|---|---|---|---|
| officialRecords | 8/17/2023 11:55 AM | File folder | |
| 266O-SE-3533362_0000055.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 5,888 KB |
| 266O-SE-3533362_0000056.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 366 KB |
| 266O-SE-3533362_0000057.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 332 KB |
| 266O-SE-3533362_0000058.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 494 KB |
| 266O-SE-3533362_0000058_Import.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 175 KB |
| 266O-SE-3533362_0000059.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 372 KB |
| 266O-SE-3533362_0000059_1A0000033_0000001.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 12,991 KB |
| 266O-SE-3533362_0000060.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 1,071 KB |
| 266O-SE-3533362_0000060_1A0000034_0000001.docx | 8/11/2023 6:27 PM | Microsoft Word D... | 161 KB |
| 266O-SE-3533362_0000061.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 373 KB |
| 266O-SE-3533362_0000061_1A0000044_0000001.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 5,080 KB |
| 266O-SE-3533362_0000061_Import.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 78 KB |
| 266O-SE-3533362_0000062.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 4,872 KB |
| 266O-SE-3533362_0000062_1A0000035_0000001.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 386 KB |
| 266O-SE-3533362_0000063_1A0000036_0000001.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 227 KB |
| 266O-SE-3533362_0000063_Redacted.pdf | 8/17/2023 11:53 AM | Adobe Acrobat D... | 101 KB |
| 266O-SE-3533362_0000064.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 4,523 KB |
| 266O-SE-3533362_0000064_1A0000037_0000001_PHYSICAL.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 2 KB |
| 266O-SE-3533362_0000065_1A0000038_0000001.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 188 KB |
| 266O-SE-3533362_0000065_Redacted.pdf | 8/17/2023 11:57 AM | Adobe Acrobat D... | 101 KB |
| 266O-SE-3533362_0000066.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 367 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 266O-SE-3533362_0000055.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 5,900 KB |
| 266O-SE-3533362_0000056.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 383 KB |
| 266O-SE-3533362_0000057.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 349 KB |
| 266O-SE-3533362_0000058.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 511 KB |
| 266O-SE-3533362_0000059.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 390 KB |
| 266O-SE-3533362_0000060.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 1,088 KB |
| 266O-SE-3533362_0000061.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 391 KB |
| 266O-SE-3533362_0000062.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 4,888 KB |
| 266O-SE-3533362_0000064.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 4,540 KB |
| 266O-SE-3533362_0000065.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 372 KB |
| 266O-SE-3533362_0000066.pdf | 8/11/2023 6:27 PM | Adobe Acrobat D... | 384 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| Gottfried, Caden, and Richard Slaughter - Outdoor Trace.pdf | 8/14/2023 9:07 AM | Adobe Acrobat D... | 5,080 KB |
| Mattice Govt Sentencing Memo Final CF.pdf | 7/6/2022 11:41 AM | Adobe Acrobat D... | 2,195 KB |
| Report re Images.pdf | 8/14/2023 11:02 AM | Adobe Acrobat D... | 555 KB |
| Report re Text Messages.pdf | 8/14/2023 11:03 AM | Adobe Acrobat D... | 139 KB |
| Report re Video.pdf | 8/14/2023 11:04 AM | Adobe Acrobat D... | 130 KB |

In summary, this production contains the following:

- Clips of Body Worn Camera (BWC) footage from MPD Officers Mustafa Ak and Abdulakadir Abdi;
- CCTV footage from Camera 0074 (with timestamps) from approximately 3:30 pm to 4:15 pm;
- All FBI Serials since the government's last production;
- The results of an "outdoor trace" of Slaughter and Gottfried with links to additional open-source footage;
- The Government's Sentencing Memorandum in U.S. v. Cody Mattice (1:21-cr-657-1 (BAH)) with reference on pages 19-21 to Mattice being handed a canister of spray from another rioter (who we believe to be Mr. Slaughter); and
- PDF copies of the scoped Cellbrite Extraction Reports containing images, videos, and text messages recovered from Mr. Slaughter's cell phone.

Some of this material being provided is subject to the terms of the Protective Order issued in this case. Please consult the both the discovery log provided with this production and the Protective Order if you have any questions about the designations and how it may affect your discovery obligations. I have noted the files designated as sensitive / highly sensitive on the production log.

Because you have been unable to open the full Cellbrite report and .exe file containing Mr. Slaughter's scoped phone download, I have generated the PDF reports of all the material within the file and am providing to you here. If you would like access to the Cellbrite file in native format, please let me know and I will be happy to make arrangements with the FBI for you to view both the scoped and un-scoped phone download.

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government has developed a system that will facilitate access to these materials (commonly referred to as "global discovery"). You should have received a letter referencing the government's global discovery disclosures to date. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will continue to provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. According to the Pretrial Scheduling Order we both proposed and adopted by the Court (*see* ECF Nos. 49 and the July 7, 2023 Minute Order), such notice is due no later than August 25, 2023.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

Stephen J. Rancourt
Assistant United States Attorney

CC: AUSA Katherine Boyles