

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*601 D Street, N.W.*
*Washington, D.C.  20530*

December 3, 2022

Joseph R. Conte
8251 NW 15th Ct.
Coral Springs, FL  33071
dcgunlaw@gmail.com

      Re:    *United States v. Richard Slaughter and Caden Paul Gottfried*
             Case No. 1:22-cr-00354-RCL

Dear Mr. Conte:

     I have completed my initial disclosure of discovery material and have uploaded to USAfx.  Please let me know if you have any trouble accessing the folders.  Please note that the contents of the folder will be cleared automatically after 60 days, so download all materials uploaded to a separate drive.

     The discovery contains two separate folders for both Mr. Slaughter and Mr. Gottfried, but much of the material is relevant to both defendants.  Each folder has a discovery log included.  The Slaughter file is 456 megabytes and contains the following:

GOVERNMENT
EXHIBIT
6



| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3533362_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2,058 KB |
| 0176-SE-3533362_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 494 KB |
| 0176-SE-3533362_0000002_1A0014544_0000001.docx | 10/31/2022 6:51 PM | Microsoft Word D... | 8,481 KB |
| 0176-SE-3533362_0000002_Import.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 182 KB |
| 0176-SE-3533362_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2,577 KB |
| 0176-SE-3533362_0000003_1A0000001_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 165 KB |
| 0176-SE-3533362_0000003_1A0000001_0000002.docx | 10/31/2022 6:51 PM | Microsoft Word D... | 31 KB |
| 0176-SE-3533362_0000003_1A0000002_0000001_Redacted.pdf | 11/12/2022 9:51 AM | Adobe Acrobat D... | 3,130 KB |
| 0176-SE-3533362_0000003_1A0000003_0000001_Redacted.pdf | 11/12/2022 9:57 AM | Adobe Acrobat D... | 30,711 KB |
| 0176-SE-3533362_0000004.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 494 KB |
| 0176-SE-3533362_0000004_Import.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 183 KB |
| 0176-SE-3533362_0000005.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 364 KB |
| 0176-SE-3533362_0000006.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 593 KB |
| 0176-SE-3533362_0000007.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 457 KB |
| 0176-SE-3533362_0000007_1A0000005_0000001_PHYSICAL.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3533362_0000008.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3533362_0000009.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3533362_0000009_Import.txt | 10/31/2022 6:52 PM | Text Document | 5 KB |
| 0176-SE-3533362_0000010.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3533362_0000011.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 374 KB |
| 0176-SE-3533362_0000011_1A0000001_0000001_Redacted.pdf | 11/12/2022 10:35 AM | Adobe Acrobat D... | 30,720 KB |
| 0176-SE-3533362_0000012.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 374 KB |
| 0176-SE-3533362_0000013.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 7,491 KB |
| 0176-SE-3533362_0000013_1A0000002_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,246 KB |
| 0176-SE-3533362_0000013_1A0000002_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 46 KB |
| 0176-SE-3533362_0000013_1A0000002_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 664 KB |
| 0176-SE-3533362_0000013_1A0000002_0000004.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 381 KB |
| 0176-SE-3533362_0000013_1A0000003_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 56 KB |
| 0176-SE-3533362_0000013_1A0000003_0000002.zip | 10/31/2022 6:52 PM | PKZIP File | 845 KB |
| 0176-SE-3533362_0000013_1A0000003_0000003.zip | 10/31/2022 6:52 PM | PKZIP File | 70 KB |
| 0176-SE-3533362_0000013_1A0000003_0000004.zip | 10/31/2022 6:52 PM | PKZIP File | 964 KB |
| 0176-SE-3533362_0000013_1A0000003_0000005.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 2,157 KB |
| 0176-SE-3533362_0000014.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3533362_0000014_1A0000004_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 332 KB |
| 0176-SE-3533362_0000015.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 360 KB |
| 0176-SE-3533362_0000015_1A0000001_0000001.xlsx | 10/31/2022 6:51 PM | Microsoft Excel W... | 48 KB |
| 0176-SE-3533362_0000015_1A0000001_0000002.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D... | 1,029 KB |
| 0176-SE-3533362_0000015_1A0000001_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 239 KB |
| 0176-SE-3533362_0000015_1A0000001_0000004.PNG | 10/31/2022 6:52 PM | PNG image | 549 KB |
| 0176-SE-3533362_0000015_1A0000001_0000005.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 242 KB |
| 0176-SE-3533362_0000015_1A0000001_0000006.xlsx | 10/31/2022 6:51 PM | Microsoft Excel W... | 16 KB |
| 0176-SE-3533362_0000015_1A0000001_0000007.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 273 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3533362_0000016.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 353 KB |
| 0176-SE-3533362_0000016_1A0000005_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 1,074 KB |
| 0176-SE-3533362_0000016_1A0000005_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 1,290 KB |
| 0176-SE-3533362_0000017.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 495 KB |
| 0176-SE-3533362_0000017_1A0000006_0000001.xlsx | 10/31/2022 6:51 PM | Microsoft Excel W… | 2,381 KB |
| 0176-SE-3533362_0000017_Import.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 183 KB |
| 0176-SE-3533362_0000018.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 495 KB |
| 0176-SE-3533362_0000018_1A0000007_0000001.png | 10/31/2022 6:52 PM | PNG image | 2,381 KB |
| 0176-SE-3533362_0000018_1A0000007_0000002.docx | 10/31/2022 6:52 PM | Microsoft Word D… | 1,934 KB |
| 0176-SE-3533362_0000018_Import.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 182 KB |
| 0176-SE-3533362_0000019.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 3,063 KB |
| 0176-SE-3533362_0000021.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 361 KB |
| 0176-SE-3533362_0000021_1A0000009_0000001.docx | 10/31/2022 6:52 PM | Microsoft Word D… | 50 KB |
| 0176-SE-3533362_0000022.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 349 KB |
| 0176-SE-3533362_0000022_1A0000010_0000001.docx | 10/31/2022 6:51 PM | Microsoft Word D… | 55 KB |
| 0176-SE-3533362_0000023.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 351 KB |
| 0176-SE-3533362_0000023_1A0000011_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 107 KB |
| 0176-SE-3533362_0000023_1A0000011_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 536 KB |
| 0176-SE-3533362_0000025.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 354 KB |
| 0176-SE-3533362_0000025_1A0000013_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 529 KB |
| 0176-SE-3533362_0000026.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 3,682 KB |
| 0176-SE-3533362_0000027.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 351 KB |
| 0176-SE-3533362_0000027_1A0000014_0000001.msg | 10/31/2022 6:51 PM | Outlook Item | 27,012 KB |
| 0176-SE-3533362_0000028.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 353 KB |
| 0176-SE-3533362_0000028_1A0000015_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 92 KB |
| 0176-SE-3533362_0000029.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 354 KB |
| 0176-SE-3533362_0000029_1A0000016_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 94 KB |
| 0176-SE-3533362_0000030.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 352 KB |
| 0176-SE-3533362_0000030_1A0000017_0000001.msg | 10/31/2022 6:51 PM | Outlook Item | 30,735 KB |
| 0176-SE-3533362_0000031.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 350 KB |
| 0176-SE-3533362_0000031_1A0000018_0000001.msg | 10/31/2022 6:51 PM | Outlook Item | 112 KB |
| 0176-SE-3533362_0000033.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 352 KB |
| 0176-SE-3533362_0000033_1A0000019_0000001.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 258 KB |
| 0176-SE-3533362_0000033_1A0000019_0000002.zip | 10/31/2022 6:52 PM | PKZIP File | 4,112 KB |
| 0176-SE-3533362_0000033_1A0000019_0000003.zip | 10/31/2022 6:52 PM | PKZIP File | 7,118 KB |
| 0176-SE-3533362_0000033_1A0000019_0000004.zip | 10/31/2022 6:51 PM | PKZIP File | 25,284 KB |
| 0176-SE-3533362_0000033_1A0000019_0000005.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 1,273 KB |
| 0176-SE-3533362_0000033_1A0000019_0000006.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 1,344 KB |
| 0176-SE-3533362_0000033_1A0000019_0000007.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 3,964 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3533362_0000033_1A0000019_0000008.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 10,583 KB |
| 0176-SE-3533362_0000033_1A0000019_0000009.zip | 10/31/2022 6:52 PM | PKZIP File | 87,843 KB |
| 0176-SE-3533362_0000033_1A0000019_0000010.zip | 10/31/2022 6:52 PM | PKZIP File | 413 KB |
| 0176-SE-3533362_0000033_1A0000019_0000011.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 412 KB |
| 0176-SE-3533362_0000033_1A0000019_0000012.zip | 10/31/2022 6:52 PM | PKZIP File | 47,629 KB |
| 0176-SE-3533362_0000033_1A0000019_0000013.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 759 KB |
| 0176-SE-3533362_0000033_1A0000019_0000014.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 457 KB |
| 0176-SE-3533362_0000033_1A0000019_0000015.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 202 KB |
| 0176-SE-3533362_0000033_1A0000019_0000016.zip | 10/31/2022 6:51 PM | PKZIP File | 4,089 KB |
| 0176-SE-3533362_0000033_1A0000019_0000017.zip | 10/31/2022 6:51 PM | PKZIP File | 4,000 KB |
| 0176-SE-3533362_0000033_1A0000019_0000018.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 435 KB |
| 0176-SE-3533362_0000033_1A0000019_0000019.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 7,141 KB |
| 0176-SE-3533362_0000033_1A0000019_0000020.zip | 10/31/2022 6:52 PM | PKZIP File | 5,881 KB |
| 0176-SE-3533362_0000033_1A0000019_0000021.zip | 10/31/2022 6:52 PM | PKZIP File | 898 KB |
| 0176-SE-3533362_0000038.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 351 KB |
| 0176-SE-3533362_0000038_1A0000021_0000001_PHYSICAL.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 2 KB |
| 0176-SE-3533362_0000040.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 353 KB |
| 0176-SE-3533362_0000040_1A0000022_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 94 KB |
| 0176-SE-3533362_0000043.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 397 KB |
| 0176-SE-3533362_0000043_1A0000023_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 483 KB |
| 0176-SE-3533362_0000044.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 384 KB |
| 0176-SE-3533362_0000045.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 397 KB |
| 0176-SE-3533362_0000045_1A0000024_0000001.jpg | 10/31/2022 6:52 PM | JPEG image | 2,026 KB |
| 0176-SE-3533362_0000046.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 404 KB |
| 0176-SE-3533362_0000046_1A0000025_0000001.mp4 | 10/31/2022 6:51 PM | MP4 Video File (V… | 36,210 KB |
| 0176-SE-3533362_0000047.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 384 KB |
| 0176-SE-3533362_0000048.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 391 KB |
| 0176-SE-3533362_0000049.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 385 KB |
| 0176-SE-3533362_0000050.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 429 KB |
| 0176-SE-3533362_0000050_1A0000026_0000001_PHYSICAL.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 2 KB |
| 0176-SE-3533362_0000050_1A0000027_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 376 KB |
| 0176-SE-3533362_0000050_1A0000027_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 259 KB |
| 0176-SE-3533362_0000050_1A0000027_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 292 KB |
| 0176-SE-3533362_0000050_1A0000027_0000004.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 873 KB |
| 0176-SE-3533362_0000050_1A0000027_0000005.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 156 KB |
| 0176-SE-3533362_0000050_1A0000028_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 59 KB |
| 0176-SE-3533362_0000050_1A0000028_0000002.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 567 KB |
| 0176-SE-3533362_0000050_1A0000028_0000003.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 378 KB |
| 0176-SE-3533362_0000050_1A0000028_0000004.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 763 KB |
| 0176-SE-3533362_0000050_1A0000029_0000001_PHYSICAL.pdf | 10/31/2022 6:51 PM | Adobe Acrobat D… | 2 KB |
| 0176-SE-3533362_0000051.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D… | 428 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3533362_0000051_1A0000030_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3533362_0000051_1A0000031_0000001.png | 10/31/2022 6:51 PM | PNG image | 219 KB |
| 0176-SE-3533362-ELA_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 349 KB |
| 0176-SE-3533362-ELA_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 379 KB |
| 0176-SE-3533362-FISUR_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 432 KB |
| 0176-SE-3533362-FISUR_0000001_1A0000001_0000001.jpg | 5/9/2022 1:19 PM | JPEG image | 2,621 KB |
| 0176-SE-3533362-FISUR_0000001_1A0000001_0000002.jpg | 5/9/2022 1:19 PM | JPEG image | 1,888 KB |
| 0176-SE-3533362-FISUR_0000001_1A0000001_0000003.jpg | 5/9/2022 1:19 PM | JPEG image | 2,092 KB |
| 0176-SE-3533362-GJ_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3533362-GJ_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 401 KB |
| 0176-SE-3533362-GJ_0000002_1A0000001_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3533362-GJ_0000002_1A0000001_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 393 KB |
| 0176-SE-3533362-GJ_0000003.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 402 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000001.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 531 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 393 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000003.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000004.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 4 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000005.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 986 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000006.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000007.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 4 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000008.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 33 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000009.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 66 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000010.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 15 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000011.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000012.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000013.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000014.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 17 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000015.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 284 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000016.html | 5/9/2022 1:19 PM | Chrome HTML Do... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000017.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000018.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000019.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000020.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 287 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000021.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 13 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000022.csv | 5/9/2022 1:19 PM | Microsoft Excel C... | 1,096 KB |
| 0176-SE-3533362-GJ_0000003_1A0000002_0000023.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 19 KB |
| 0176-SE-3533362-GJ_0000004.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3533362-GJ_0000005.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 400 KB |
| 0176-SE-3533362-GJ_0000005_1A0000003_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 925 KB |
| 0176-SE-3533362-GJ_0000005_1A0000003_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 135 KB |

| | | | |
|---|---|---|---|
| 0176-SE-3533362-GJ_0000005_1A0000005_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3533362-GJ_0000006.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 397 KB |
| 0176-SE-3533362-GJ_0000007.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 430 KB |
| 0176-SE-3533362-GJ_0000007_1A0000004_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 753 KB |
| 0176-SE-3533362-GJ_0000007_1A0000004_0000002.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 177 KB |
| 0176-SE-3533362-GJ_0000007_1A0000004_0000003.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 147 KB |
| 0176-SE-3533362-GJ_0000008.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3533362-GJ_0000009.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3533362-GJ_0000010.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 402 KB |
| 0176-SE-3533362-GJ_0000010_1A0000005_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 404 KB |
| 0176-SE-3533362-GJ_0000011.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 400 KB |
| 0176-SE-3533362-GJ_0000011_1A0000006_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 404 KB |
| 0176-SE-3533362-GJ_0000012.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 431 KB |
| 0176-SE-3533362-GJ_0000012_1A0000007_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 404 KB |
| 0176-SE-3533362-GJ_0000012_1A0000007_0000002.xlsx | 5/9/2022 1:19 PM | Microsoft Excel W... | 16 KB |
| 0176-SE-3533362-GJ_0000013.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 401 KB |
| 0176-SE-3533362-GJ_0000013_1A0000008_0000001.pdf | 5/9/2022 1:19 PM | Adobe Acrobat D... | 358 KB |
| Capitol_Civil_Unrest_Prosecutive_Submis... | 5/9/2022 9:17 AM | Adobe Acrobat D... | 213 KB |
| FB_ADID_3e34a444_50a5-4de6-ac11-7c81... | 5/9/2022 9:17 AM | Adobe Acrobat D... | 1,182 KB |
| Review_of_TTK_Videos-_Slaughter.pdf | 5/9/2022 9:17 AM | Adobe Acrobat D... | 3,678 KB |

The Gottfried folder contains the following materials composing approximately 260 megabytes:



| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3547470_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 354 KB |
| 0176-SE-3547470_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 457 KB |
| 0176-SE-3547470_0000002_1A0000005_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 360 KB |
| 0176-SE-3547470_0000003_1A0000001_0000001.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 48 KB |
| 0176-SE-3547470_0000003_1A0000001_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,029 KB |
| 0176-SE-3547470_0000003_1A0000001_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 239 KB |
| 0176-SE-3547470_0000003_1A0000001_0000004.PNG | 10/31/2022 6:52 PM | PNG image | 549 KB |
| 0176-SE-3547470_0000003_1A0000001_0000005.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 242 KB |
| 0176-SE-3547470_0000003_1A0000001_0000006.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 16 KB |
| 0176-SE-3547470_0000003_1A0000001_0000007.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 273 KB |
| 0176-SE-3547470_0000003_1A0000001_0000008.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 242 KB |
| 0176-SE-3547470_0000004.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 496 KB |
| 0176-SE-3547470_0000004_1A0000006_0000001.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 2,381 KB |
| 0176-SE-3547470_0000004_Import.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 183 KB |
| 0176-SE-3547470_0000005.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 364 KB |
| 0176-SE-3547470_0000006.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 372 KB |
| 0176-SE-3547470_0000006_1A0000002_0000001_Redacted.pdf | 11/12/2022 4:22 PM | Adobe Acrobat D... | 9,552 KB |
| 0176-SE-3547470_0000007.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 3,063 KB |
| 0176-SE-3547470_0000008.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 13,721 KB |
| 0176-SE-3547470_0000009.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 376 KB |
| 0176-SE-3547470_0000010.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 449 KB |
| 0176-SE-3547470_0000010_1A0000003_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 239 KB |
| 0176-SE-3547470_0000010_1A0000003_0000002.png | 10/31/2022 6:52 PM | PNG image | 549 KB |
| 0176-SE-3547470_0000010_1A0000003_0000003.jpg | 10/31/2022 6:52 PM | JPEG image | 28 KB |
| 0176-SE-3547470_0000010_1A0000003_0000004.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,029 KB |
| 0176-SE-3547470_0000010_1A0000003_0000005.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 16 KB |
| 0176-SE-3547470_0000010_1A0000003_0000006.xlsx | 10/31/2022 6:52 PM | Microsoft Excel W... | 48 KB |
| 0176-SE-3547470_0000010_1A0000003_0000007.jpg | 10/31/2022 6:52 PM | JPEG image | 36 KB |
| 0176-SE-3547470_0000010_1A0000003_0000008.jpg | 10/31/2022 6:52 PM | JPEG image | 74 KB |
| 0176-SE-3547470_0000010_1A0000003_0000009.jpg | 10/31/2022 6:52 PM | JPEG image | 28 KB |
| 0176-SE-3547470_0000010_1A0000003_0000010_Redacted.pdf | 11/12/2022 4:23 PM | Adobe Acrobat D... | 3,130 KB |
| 0176-SE-3547470_0000010_1A0000003_0000011.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 273 KB |
| 0176-SE-3547470_0000010_Import.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 99 KB |
| 0176-SE-3547470_0000011.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000012.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 407 KB |
| 0176-SE-3547470_0000012_1A0000004_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000013.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470_0000013_1A0000005_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000013_1A0000006_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000014.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3547470_0000014_1A0000007_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 81 KB |
| 0176-SE-3547470_0000015.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3547470_0000015_1A0000008_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 419 KB |
| 0176-SE-3547470_0000016.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470_0000016_1A0000009_0000001.png | 10/31/2022 6:52 PM | PNG image | 21 KB |
| 0176-SE-3547470_0000017.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000017_1A0000010_0000001.jpeg | 10/31/2022 6:52 PM | JPEG image | 583 KB |
| 0176-SE-3547470_0000017_1A0000010_0000002.jpeg | 10/31/2022 6:52 PM | JPEG image | 776 KB |
| 0176-SE-3547470_0000017_1A0000010_0000003.jpeg | 10/31/2022 6:52 PM | JPEG image | 844 KB |
| 0176-SE-3547470_0000017_1A0000010_0000004.jpeg | 10/31/2022 6:52 PM | JPEG image | 681 KB |
| 0176-SE-3547470_0000017_1A0000011_0000001.PNG | 10/31/2022 6:52 PM | PNG image | 875 KB |
| 0176-SE-3547470_0000018.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000018_1A0000012_0000001.jpg | 10/31/2022 6:52 PM | JPEG image | 227 KB |
| 0176-SE-3547470_0000018_1A0000012_0000002.jpg | 10/31/2022 6:52 PM | JPEG image | 334 KB |
| 0176-SE-3547470_0000018_1A0000012_0000003.jpg | 10/31/2022 6:52 PM | JPEG image | 313 KB |
| 0176-SE-3547470_0000019.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000020.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 356 KB |
| 0176-SE-3547470_0000020_1A0000013_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 432 KB |
| 0176-SE-3547470_0000020_1A0000013_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 432 KB |
| 0176-SE-3547470_0000020_1A0000013_0000003.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 463 KB |
| 0176-SE-3547470_0000021.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 394 KB |
| 0176-SE-3547470_0000021_1A0000014_0000001 | 10/31/2022 6:52 PM | File | 24 KB |
| 0176-SE-3547470_0000022.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 373 KB |
| 0176-SE-3547470_0000023.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000023_1A0000015_0000001.txt | 10/31/2022 6:52 PM | Text Document | 2 KB |
| 0176-SE-3547470_0000023_1A0000016_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,182 KB |
| 0176-SE-3547470_0000024.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3547470_0000024_1A0000017_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 26,380 KB |
| 0176-SE-3547470_0000025.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3547470_0000025_1A0000014_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 27,012 KB |
| 0176-SE-3547470_0000026.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 357 KB |
| 0176-SE-3547470_0000026_1A0000018_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000027.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470_0000027_1A0000019_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 715 KB |
| 0176-SE-3547470_0000028.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470_0000029.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000030.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 402 KB |
| 0176-SE-3547470_0000030_1A0000002_0000001.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 531 KB |
| 0176-SE-3547470_0000030_1A0000002_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 393 KB |
| 0176-SE-3547470_0000030_1A0000002_0000003.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000004.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 4 KB |
| 0176-SE-3547470_0000030_1A0000002_0000005.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 986 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3547470_0000030_1A0000002_0000006.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000007.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 4 KB |
| 0176-SE-3547470_0000030_1A0000002_0000008.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 33 KB |
| 0176-SE-3547470_0000030_1A0000002_0000009.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 66 KB |
| 0176-SE-3547470_0000030_1A0000002_0000010.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 15 KB |
| 0176-SE-3547470_0000030_1A0000002_0000011.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000012.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000013.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000014.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 17 KB |
| 0176-SE-3547470_0000030_1A0000002_0000015.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 284 KB |
| 0176-SE-3547470_0000030_1A0000002_0000016.html | 10/31/2022 6:52 PM | Chrome HTML Do... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000017.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3547470_0000030_1A0000002_0000018.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000019.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470_0000030_1A0000002_0000020.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 287 KB |
| 0176-SE-3547470_0000030_1A0000002_0000021.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 13 KB |
| 0176-SE-3547470_0000030_1A0000002_0000022.csv | 10/31/2022 6:52 PM | Microsoft Excel C... | 1,096 KB |
| 0176-SE-3547470_0000030_1A0000002_0000023.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 19 KB |
| 0176-SE-3547470_0000031.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470_0000031_1A0000017_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 30,735 KB |
| 0176-SE-3547470_0000032.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2,578 KB |
| 0176-SE-3547470_0000032_1A0000001_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 165 KB |
| 0176-SE-3547470_0000032_1A0000001_0000002.docx | 10/31/2022 6:52 PM | Microsoft Word D... | 31 KB |
| 0176-SE-3547470_0000032_1A0000002_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,232 KB |
| 0176-SE-3547470_0000032_1A0000003_0000001_Redacted.pdf | 11/12/2022 4:29 PM | Adobe Acrobat D... | 30,714 KB |
| 0176-SE-3547470_0000033.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 578 KB |
| 0176-SE-3547470_0000034.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 350 KB |
| 0176-SE-3547470_0000034_1A0000020_0000001.msg | 10/31/2022 6:52 PM | Outlook Item | 1,430 KB |
| 0176-SE-3547470_0000035.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 4,416 KB |
| 0176-SE-3547470_0000036.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 1,707 KB |
| 0176-SE-3547470_0000037.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 3,248 KB |
| 0176-SE-3547470_0000038.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000038_1A0000021_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 71 KB |
| 0176-SE-3547470_0000041.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 348 KB |
| 0176-SE-3547470_0000041_Import.txt | 10/31/2022 6:52 PM | Text Document | 8 KB |
| 0176-SE-3547470_0000042.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3547470_0000043.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 362 KB |
| 0176-SE-3547470_0000043_1A0000023_0000001.JPG | 10/31/2022 6:52 PM | JPEG image | 7,085 KB |
| 0176-SE-3547470_0000043_1A0000023_0000002.JPG | 10/31/2022 6:52 PM | JPEG image | 7,387 KB |
| 0176-SE-3547470_0000043_1A0000023_0000003.jpg | 10/31/2022 6:52 PM | JPEG image | 3,545 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3547470_0000043_1A0000023_0000004.jpg | 10/31/2022 6:52 PM | JPEG image | 2,201 KB |
| 0176-SE-3547470_0000043_1A0000023_0000005.JPG | 10/31/2022 6:52 PM | JPEG image | 7,481 KB |
| 0176-SE-3547470_0000044.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 620 KB |
| 0176-SE-3547470_0000044_1A0000024_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 94 KB |
| 0176-SE-3547470_0000045.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 407 KB |
| 0176-SE-3547470_0000045_1A0000025_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 356 KB |
| 0176-SE-3547470_0000045_1A0000026_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 270 KB |
| 0176-SE-3547470_0000046.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000047.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3547470_0000047_1A0000027_0000001_PHYSICAL.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2 KB |
| 0176-SE-3547470_0000048.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000048_1A0000028_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 594 KB |
| 0176-SE-3547470_0000049.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 398 KB |
| 0176-SE-3547470_0000049_1A0000012_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 333 KB |
| 0176-SE-3547470_0000049_1A0000012_0000002.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 494 KB |
| 0176-SE-3547470_0000050.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000051.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000052.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000053.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 2,264 KB |
| 0176-SE-3547470_0000054.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000055.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470_0000056.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 378 KB |
| 0176-SE-3547470_0000057.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 389 KB |
| 0176-SE-3547470_0000057_1A0000029_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 323 KB |
| 0176-SE-3547470_0000058.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 428 KB |
| 0176-SE-3547470_0000058_1A0000030_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 411 KB |
| 0176-SE-3547470_0000058_1A0000031_0000001.png | 10/31/2022 6:52 PM | PNG image | 219 KB |
| 0176-SE-3547470_0000059.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 375 KB |
| 0176-SE-3547470_0000060.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 429 KB |
| 0176-SE-3547470_0000060_1A0000032_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 3,256 KB |
| 0176-SE-3547470_0000060_1A0000033_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 244 KB |
| 0176-SE-3547470_0000060_1A0000034_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 843 KB |
| 0176-SE-3547470_0000060_1A0000035_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 612 KB |
| 0176-SE-3547470_0000060_1A0000036_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 233 KB |
| 0176-SE-3547470_0000060_1A0000037_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 468 KB |
| 0176-SE-3547470_0000060_1A0000038_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 332 KB |
| 0176-SE-3547470_0000060_1A0000039_0000001.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 323 KB |
| 0176-SE-3547470_0000060_1A0000040_0000001.jpg | 10/31/2022 6:52 PM | JPEG image | 1,004 KB |
| 0176-SE-3547470_0000061.pdf | 10/31/2022 6:52 PM | Adobe Acrobat D... | 377 KB |
| 0176-SE-3547470-GJ_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 355 KB |
| 0176-SE-3547470-GJ_0000002.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 430 KB |

| Name | Date modified | Type | Size |
|---|---|---|---|
| 0176-SE-3547470-GJ_0000002_1A0000004_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 753 KB |
| 0176-SE-3547470-GJ_0000002_1A0000004_0000002.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 177 KB |
| 0176-SE-3547470-GJ_0000002_1A0000004_0000003.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 147 KB |
| 0176-SE-3547470-GJ_0000003.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3547470-GJ_0000004.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 400 KB |
| 0176-SE-3547470-GJ_0000004_1A0000003_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 925 KB |
| 0176-SE-3547470-GJ_0000004_1A0000003_0000002.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3547470-GJ_0000005.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 402 KB |
| 0176-SE-3547470-GJ_0000005_1A0000005_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 404 KB |
| 0176-SE-3547470-GJ_0000006.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 351 KB |
| 0176-SE-3547470-GJ_0000007.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 432 KB |
| 0176-SE-3547470-GJ_0000007_1A0000007_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 404 KB |
| 0176-SE-3547470-GJ_0000007_1A0000007_0000002.xlsx | 5/9/2022 1:24 PM | Microsoft Excel W... | 16 KB |
| 0176-SE-3547470-GJ_0000008.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 360 KB |
| 0176-SE-3547470-GJ_0000008_1A0000001_0000001.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 131 KB |
| 0176-SE-3547470-GJ_0000008_Import.rtf | 5/9/2022 1:24 PM | Rich Text Format | 43 KB |
| 0176-SE-3547470-GJ_0000009.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 352 KB |
| 0176-SE-3547470-GJ_0000010.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 402 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000001.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 531 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000002.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 393 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000003.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000004.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 4 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000005.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 986 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000006.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000007.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 4 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000008.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 33 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000009.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 66 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000010.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 15 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000011.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000012.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000013.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000014.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 17 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000015.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 284 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000016.html | 5/9/2022 1:24 PM | Chrome HTML Do... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000017.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 135 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000018.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000019.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000020.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 287 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000021.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 13 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000022.csv | 5/9/2022 1:24 PM | Microsoft Excel C... | 1,096 KB |
| 0176-SE-3547470-GJ_0000010_1A0000002_0000023.pdf | 5/9/2022 1:24 PM | Adobe Acrobat D... | 19 KB |
| Caden_Video_Search_Final.pdf | 5/11/2022 4:47 PM | Adobe Acrobat D... | 1,531 KB |
| Capitol_Civil_Unrest_Prosecutive_Submis... | 5/9/2022 9:17 AM | Adobe Acrobat D... | 620 KB |
| U_Review_of_DCAP_Triage_Tool_Kit_Ident... | 5/9/2022 9:17 AM | Adobe Acrobat D... | 13,717 KB |

Finally there is a folder titled "DCAP Videos" containing the multimedia in this case, which is 27.8 gigabytes:



13

| Name | Date | Type | Size |
|---|---|---|---|
| 0013 USCS BA SB10 Hallway - 2021-01-06_21h40min01s.mp4 | 5/17/2022 3:02 PM | MP4 Video File (V... | 270,126 KB |
| 0074 USCH BA Lower W Terrace Door Exterior - 2021-01-06_20h38min38s.mp4 | 5/17/2022 3:06 PM | MP4 Video File (V... | 501,859 KB |
| 0074 USCH BA Lower W Terrace Door Exterior - 2021-01-06_20h57min42s.mp4 | 5/18/2022 2:19 PM | MP4 Video File (V... | 501,854 KB |
| 0076 USCH BA Lower West Terrace Door - 2021-01-06_21h06min27s.mp4 | 5/18/2022 2:29 PM | MP4 Video File (V... | 502,448 KB |
| 115-FULL FOOTAGE_ Patriots STORM U.S. Capitol (4K60fps).mp4 | 5/18/2022 3:09 PM | MP4 Video File (V... | 1,898,583 KB |
| 0171 USCH 01 Memorial Door - 2021-01-06_21h12min08s.mp4 | 5/18/2022 2:34 PM | MP4 Video File (V... | 501,601 KB |
| 0178USCH01CryptEast_2021-01-06_16h00min01s377ms.mp4 | 5/18/2022 2:21 PM | MP4 Video File (V... | 87,536 KB |
| 1654 HQOB 02 South Door Prisoner Process - 2021-01-06_23h40min01s.mp4 | 5/18/2022 2:43 PM | MP4 Video File (V... | 471,505 KB |
| 1654 HQOB 02 South Door Prisoner Process - 2021-01-07_00h00min01s.mp4 | 5/18/2022 2:26 PM | MP4 Video File (V... | 234,981 KB |
| 20210106-FELONY_RIOT-US_CAPITOL_BUILDING.mp4 | 5/18/2022 2:26 PM | MP4 Video File (V... | 238,194 KB |
| 20210106-RIOTOUS_ACTS-US_CAPITOL_COMPLEX-5.mp4 | 5/18/2022 2:32 PM | MP4 Video File (V... | 665,129 KB |
| All Footage watermarked part 2.mp4 | 5/18/2022 3:58 PM | MP4 Video File (V... | 4,558,608 KB |
| Caden_Video_Search_Final.pdf | 5/11/2022 3:49 PM | Adobe Acrobat D... | 1,531 KB |
| Dominic Video 13_DC Jan 6 2021_Sub_13.mp4 | 5/18/2022 2:29 PM | MP4 Video File (V... | 28,747 KB |
| KNOW PEACE! KNOW TRUMP! _ THE STORM ARRIVED PT. 6-iISN53RNVIA.mkv | 5/18/2022 2:34 PM | MKV Video File (V... | 228,872 KB |
| Trump Supporters Storm US Capitol (720p with 23fps).mp4 | 5/18/2022 2:30 PM | MP4 Video File (V... | 9,757 KB |
| DOWNLOADED VIDEOS- SLAUGHTER | 11/17/2022 6:55 PM | File folder | |
| 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h20min16s043ms.mp4 | 5/20/2022 12:04 PM | MP4 Video File (V... | 501,200 KB |
| 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h38min38s343ms.mp4 | 5/23/2022 2:38 PM | MP4 Video File (V... | 501,859 KB |
| 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms.mp4 | 5/20/2022 12:04 PM | MP4 Video File (V... | 501,854 KB |
| Axon_Body_3_Video_2021-01-06_1413.mp4_clip_4896_6138.mp4 | 5/23/2022 3:59 PM | MP4 Video File (V... | 412,625 KB |
| Christopher Hughes 407pm.mp4 | 5/23/2022 4:11 PM | MP4 Video File (V... | 51,257 KB |
| Christopher Hughes Video 354pm.mp4 | 5/23/2022 4:14 PM | MP4 Video File (V... | 709,455 KB |
| Documentary Crew from New York- ML_DC_20210106_Sony_FS5_Clip0153.mp4.mp4 | 5/23/2022 4:17 PM | MP4 Video File (V... | 268,153 KB |
| DOWNLOADED VIDEOS- SLAUGHTER.zip | 5/24/2022 9:52 AM | PKZIP File | 8,254,487 KB |
| OPA TIPS C0249.MP4 | 5/23/2022 5:07 PM | MP4 Video File (V... | 4,260,201 KB |
| Parler Vidoes from WF-3368514- y3Gceqlkudlf | 5/23/2022 4:46 PM | File | 475,157 KB |
| 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h20min16s043ms.mp4 | 5/17/2022 2:59 PM | MP4 Video File (V... | 501,200 KB |
| 0074USCHBALowerWTerraceDoorExterior_2021-01-06_15h57min42s260ms.mp4 | 5/17/2022 3:01 PM | MP4 Video File (V... | 501,854 KB |
| Media from Reddit Data- yt1s.com - HIS PANTS ARE FALLING DOWN NOT A PATRIOT_THE STORM ARRIVED PT 8_1080p.mp4 | 5/23/2022 4:17 PM | MP4 Video File (V... | 134,752 KB |
| OPA Tips 1610180041.45-b4f203e8eaa8fc5dfd7a16e9b5009bea9f502f7e-file-1_1of2_blue_laser_and_windows_full.mp4 | 5/23/2022 4:25 PM | MP4 Video File (V... | 56,707 KB |
| OPA TIPS CLIP 185-The Stormed DC AMA Wrap Up Show EXCLUSIVE FOOTAGE NEVER BEFORE SEEN!.mp4_clip_2220_2280.mp4 | 5/23/2022 4:30 PM | MP4 Video File (V... | 12,313 KB |
| OPA TIPS- FULL VIDEO185-The Stormed DC AMA Wrap Up Show EXCLUSIVE FOOTAGE NEVER BEFORE SEEN!.mp4 | 5/23/2022 4:35 PM | MP4 Video File (V... | 473,101 KB |

    This material being provided is subject to the terms of the Protective Order issued in this case. Please consult the Protective Order if you have any questions about the designations and how it may affect your discovery obligations. I have noted the files designated as sensitive / highly sensitive on the production log.

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips. The government has been working to develop a system that will facilitate access to these materials (commonly referred to as "global discovery"). You should have received a letter referencing the government's global discovery disclosures to

date. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio, Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

                                                                                     Sincerely,

                                                                                     Stephen J. Rancourt
                                                                                     Assistant United States Attorney