IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RICHARD SLAUGHTER, and CADEN GOTTFRIED,<br><br>            Defendants. | Criminal No.: **1: 22-cr-00354-RCL-1 and 2**<br><br>**DEFENDANTS REPLY TO GOVERNMENTS OPPOSITION REGARDING DEFENDANTS' MOTION FOR CONTINUANCE DUE TO SUPERSEDING INDICTMENT** |

**DEFENDANTS' REPLY TO GOVOERNMENT'S OPPOSITION REGARDING DEFENDANTS' MOTION FOR CONTINUANCE DUE TO SUPERSEDING INDICTMENT**

Defendants Rick Slaughter and Caden Gottfried, by and through undersigned counsel John Pierce, with this motion for an extension of time for Defendants and Defense counsel to address, research, and file pretrial motions regarding the recent Superseding Indictment in this case.

1. Mr. Slaughter and Mr. Gottfried are entitled to the right to a continuance after a superseding indictment. In *United States v. Torres-Rodriguez*, 930 F.2d 1375 (9th Cir. 1991), three days prior to trial, the government obtained a superseding indictment which added a conspiracy and lengthened another conspiracy. According to *United States v. Rojas-Contreras*, 474 U.S. 231 (1985), "to avoid prejudicing a defendant, a continuance should be granted where there is a meaningful possibility that a

superseding indictment will require an alteration or adjustment in the planned defense." This is the case here.

2. Note that even a basic full round of motion practice takes at least 30 days for submission and review of a motion to dismiss. Given that the trial is currently scheduled for early December, this would place the defendants in extreme disadvantage and prejudice.

3. Both defendants waive the tolling of speedy trial clocks.

Here, the government's superseding indictment has four changes. It is asserting a new 111(a)(1) and (b) and 2 count against Mr. Slaughter (Count 3 of the superseding indictment). For these reasons, the defense counsel requires a continuance.

Dated: October 30, 2023

Respectfully Submitted,

/s/ John M. Pierce
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com
Attorney for Defendants

## CERTIFICATE OF SERVICE

    I, John M. Pierce, hereby certify that on this day, October 30, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                    <u>/s/ John M. Pierce</u>
                      John M. Pierce