UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| :--- | :--- | :--- |
| | : | |
| v. | : | Crim No. 1:22-cr-00354-RCL |
| | : | |
| RICHARD SLAUGHTER, and | : | |
| CADEN PAUL GOTTFRIED, | : | |
| | : | |
| Defendants. | : | |

**UNITED STATES' PRELIMINARY WITNESS LIST**

During the trial of the above-captioned matter the United States of America expects to call the following witnesses to testify in its case-in-chief:

| Last Name | First Name | Agency |
| --- | --- | --- |
| Tucher | Mark | FBI |
| Trevino | Marty | FBI |
| Croake | Alyssa | FBI |
| | | |
| Abdi | Abdulakadir | Metropolitan Police Department |
| Ak | Mustafa | Metropolitan Police Department |
| Bogner | William | Metropolitan Police Department |
| Leasure | Jesse | Metropolitan Police Department |
| Mastony | Jason | Metropolitan Police Department |
| Mitchell | Willis | Metropolitan Police Department |
| | | |
| Bordatto | Omar | U.S. Capitol Police |
| T.B.D. | | U.S. Capitol Police [Placeholder] |
| | | |
| T.B.D. | | U.S. Secret Service [Placeholder] |
| | | |

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   /s/ *Katherine E. Boyles*
Katherine E. Boyles
Assistant U.S. Attorney

D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Phone: 203-931-5088
Email: katherine.boyles@usdoj.gov

*/s/ Stephen J. Rancourt*
Stephen J. Rancourt
Assistant United States Attorney
Texas Bar No. 24079181
601 D Street, NW
Washington, D.C. 20530
Phone: (806) 472-7398
Email: stephen.rancourt@usdoj.gov