**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim No. 1:22-cr-00354-RCL** |
| | : | |
| **RICHARD SLAUGHTER, and** | : | |
| **CADEN PAUL GOTTFRIED,** | : | |
| | : | |
| Defendants. | : | |

## UNITED STATES' TRIAL EXHIBIT LIST

Pursuant to the Court's Trial Scheduling Order, the United States of America ("the government") respectfully submits its Trial Exhibit List, Attached as Exhibit A. All exhibits, except for Exhibits 208-B and 229-233, will be promptly tendered to the Court and Defense Counsel through USAfx. Exhibits 208-B and 229-233, which are combinations of other exhibits, are expected to be completed no later than November 17 and will be uploaded to USAfx as soon as the government receives them.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Stephen J. Rancourt*
Stephen J. Rancourt
Assistant United States Attorney
Texas Bar No. 24079181
601 D Street, NW
Washington, D.C. 20530
Phone: (806) 472-7398
Email: stephen.rancourt@usdoj.gov

/s/ *Katherine E. Boyles*
Katherine E. Boyles
Assistant U.S. Attorney
D. Conn. Fed. Bar No. PHV20325
601 D Street NW
Washington, D.C. 20001
Phone: 203-931-5088
Email: Katherine.Boyles@usdoj.gov