UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim No. 1:22-cr-00354-RCL |
| : | |
| RICHARD SLAUGHTER, and : | |
| CADEN PAUL GOTTFRIED, : | |
| Defendants. : | |

**GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE
PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE**

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

| Exhibits | Description |
|---|---|
| 402 | Cellebrite Report and Extraction Related to Text Messages Retrieved from a black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |
| 403 - 405 | Text messages retrieved from a black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |
| 406 | Cellebrite Report and Extraction Related to Images Retrieved from black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |
| 407 - 456 | Images retrieved from a black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |
| 457 | Cellebrite Report and Extraction Related to a Video Retrieved from black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |
| 458 | Video retrieved from a black Samsung cell phone, model SM-N975U, IMEI 359619100912330 |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense

counsel. The exhibits have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), which is attached hereto as Exhibit 1.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   */s/ Stephen J. Rancourt*
      Stephen J. Rancourt
      Assistant United States Attorney
      Texas Bar No. 24079181
      601 D Street, NW
      Washington, D.C. 20530
      Phone: (806) 472-7398
      Email: stephen.rancourt@usdoj.gov

      */s/ Katherine E. Boyles*
      Katherine E. Boyles
      Assistant U.S. Attorney
      D. Conn. Fed. Bar No. PHV20325
      601 D Street NW
      Washington, D.C. 20001
      Phone: 203-931-5088
      Email: Katherine.Boyles@usdoj.gov

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim No. 1:22-cr-00354-RCL** |
| | : | |
| **RICHARD SLAUGHTER, and** | : | |
| **CADEN PAUL GOTTFRIED,** | : | |
| Defendants. | : | |

**CERTIFICATION OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)**

I, Alyssa Croake, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI) in the position of Digital Forensic Examiner at the FBI Digital Forensics Laboratory, in Seattle, Washington. The Digital Forensics Laboratory is responsible for the lawfully authorized imaging, extracting/copying of the contents, of electronic devices to include electronic storage media, cellular telephones, and other electronic devices. By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. I conducted a File System extraction of a black Samsung cell phone, model M-N975U, IMEI 359619100912330, using Cellebrite Premium version 7.62.0.180.

2.	I generated a report for the above extraction file using Cellebrite Physical Analyzer version 7.58.0.66.

3.	The Cellebrite Premium and Cellebrite Physical Analyzer were working as designed during the date(s) of extraction and report generation.

4.	The extracted data, and reports produced from the extracted data, have been verified by me as accurate copies of the original data stored within the Samsung phone. In my training and experience, the Cellebrite forensic software creates an accurate and reliable extraction of digital devices, and I have regularly relied on this tool to create accurate and reliable mobile device extractions in the past.

5.	For purposes of FRE 902(14), I certify that Government Exhibits 402 - 458 consists of the reports and data that I extracted/copied from the above-described electronic device and that this data can be authenticated by the following hash value, which is a process of digital identification:

| File name | MD5 Hash Value |
| --- | --- |
| Report.html | 4014e94551ba6692ce4fe3fdea35346a |

6.	I further certify that Government Exhibits 402 - 458 consists of text messages and images, as well as a single video file extracted from the above-described electronic device.

**Certification of Data Copied from an Electronic Device
Storage Medium, or File Pursuant to FRE 902(14)—Page 2**

7. I further state that this certification is intended to satisfy Federal Rules of Evidence 901(11) and 902(14).

_____
Alyssa Sierra Croake, Affiant

November 7, 2023
Date
Certification of Data Copied from an Electronic Device Storage Medium, or File Pursuant to FRE 902(14)—Page 3