| | | |
|---|---|---|
| Government ☐ | UNITED STATES | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 22-CR-00354 (RCL) |
| Defendant ☑ | RICHARD SLAUGHTER & CADEN GOTTFRIED | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 81 | ANTIFA BLM at the Capitol Washington DC protest | | | | |
| 82 | Blair Nelson 20210106_155143.mp4 | | | | |
| 83 | Capitol Hill Protest - Shot on BMPCC4K BRAW | | | | |
| 84 | Facebook  carol.pike.7796 | | | | |
| 85 | Facebook  john.cheney.547 video_1103104386815487 | | | | |
| 86 | Facebook debbie.yutzy video_10220888501075445 | | | | |
| 87 | I CAN'T BREATHE TRAITOR  THE STORM ARRIVED PT. 11 | | | | |
| 88 | Lower west terrace. YouTube Daniel Swier | | | | |
| 89 | Rumble IXOYEUSA Our House! 1621 | | | | |
| 90 | Vimeo ZUMA Press Trump Supporters Storm US Capitol | | | | |

| Government | ☐ | UNITED STATES | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | VS. | | | Civil/Criminal No. | 21-cr-626 (PLF) |
| Defendant | ☑ | DEREK COOPER GUNBY | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 51 | BWC Footage Off. Steven Sajumon | | | | |
| 52 | BWC Footage Off. Henry Foulds | | | | |
| 53 | BWC Footage Off. Carter Moore | | | | |
| 54 | BWC Footage Off. Michael Fanone | | | | |
| 55 | BWC Footage Off. Daniel Thau | | | | |
| 56 | BWC Footage Off. Lila Morris | | | | |
| 57 | BWC Footage Off. Michael Dowling | | | | |
| 58 | BWC Footage Off. Abdulkadir Abdi | | | | |
| 59 | BWC Footage Off. Jesse Leasure | | | | |
| 60 | BWC Footage Off. Mustafa Ak | | | | |

| | |
|---|---|
| Government ☐ | |
| Plaintiff ☐ | |
| Defendant ✓ | |
| Joint ☐ | |
| Court ☐ | |

UNITED STATES OF AMERICA

VS.

RICHARD SLAUGHTER & CADEN GOTTFRIED

Civil/Criminal No. 22-CR-00354 (RCL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Slideshow of Photos of Defendants & Family or Friends | | | | |
| 2 | CDU Operational Plan for the USCP | | | | |
| 3 | OPR Interview with Inspector Robert Glover | | | | |
| 4 | Staffers Walk Out Of Congress In Protest Over Brown And Garner Cases _ NCPR News | | | | |
| 5 | DC-001-00000001[37] | | | | |
| 6 | THE TRUTH - Rally-goers walk into the Capitol - Capitol Police open the doors. | | | | |
| 7 | Photo of Stop Pence and Trump Protest Flyer | | | | |
| 8 | Schedule for Wednesday January 6th 2021 | | | | |
| 9 | Open Source Video Protestors 3 | | | | |
| 10 | U.S. Capitol Grounds Demonstration Area Map | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

RICHARD SLAUGHTER & CADEN GOTTFRIED

Civil/Criminal No. 22-CR-00354 (RCL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 31 | EO_17_002- BWCs: Serious Uses of Force, Serious Misconduct, and Critical or High-Profile Incidents | | | | |
| 32 | Tear_Gas_and_Pepper_Spray_Guide_ENGLISH | | | | |
| 33 | Impact_Munitions_Guide_ENGLISH | | | | |
| 34 | RiotID_Guide_ENGLISH | | | | |
| 35 | Letter from VP Pence | | | | |
| 36 | rubber bullets from above 2.mp4 | | | | |
| 37 | Firing Rubber Bullets from above.mp4 | | | | |
| 38 | Trump Supporters Stop Anarchists from Breaking US Capitol Windows | | | | |
| 39 | Open Source Video Protestors 1 | | | | |
| 40 | Open Source Video Protestors 2 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

RICHARD SLAUGHTER & CADEN GOTTFRIED

Civil/Criminal No. 22-CR-00354 (RCL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | USCP-011-00055405_image | | | | |
| 12 | Section: 24-705 FIRST AMENDMENT ASSEMBLIES: GENERAL PROVISIONS | | | | |
| 13 | USCPJanuary-6-Timeline[25142] | | | | |
| 14 | gao-22-104829[25148] | | | | |
| 15 | MPD-001-00000034[25146] | | | | |
| 16 | DC-FirstAmendment | | | | |
| 17 | USCPJan.6Timeline[25122] | | | | |
| 18 | Open source video of J6 2 | | | | |
| 19 | Open source video of J6 3 | | | | |
| 20 | Open source video of J6 4 | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES VS. RICHARD SLAUGHTER & CADEN GOTTFRIED

Civil/Criminal No. 21-cr-626 (PLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 71 | BWC Footage Off. Tara Tindall | | | | |
| 72 | BWC Footage Off. Paul Reilly | | | | |
| 73 | BWC Footage Off. Robert Glover | | | | |
| 74 | Reserved | | | | |
| 75 | Reserved | | | | |
| 76 | Reserved | | | | |
| 77 | Reserved | | | | |
| 78 | Reserved | | | | |
| 79 | Reserved | | | | |
| 80 | Reserved | | | | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | |
| Defendant | ☑ | |
| Joint | ☐ | |
| Court | ☐ | |

UNITED STATES OF AMERICA

VS.

RICHARD SLAUGHTER & CADEN GOTTFRIED

Civil/Criminal No. 22-CR-00354 (RCL)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | Photos and Videos regarding Pipe Bomb Suspect | | | | |
| 42 | Pictures and Videos pertaining to #redonredglasses | | | | |
| 43 | Open source video of J6 1 | | | | |
| 44 | Capitol Police Manuals | | | | |
| 45 | MAGA MAP GUIDE | | | | |
| 46 | Pictures and Video of #FenceCutterBulwark | | | | |
| 47 | Montage of Protestor telling people to go to Capitol | | | | |
| 48 | Videos from Bobby Powell | | | | |
| 49 | Pictures and Videos pertaining to #NWScaffoldCommander | | | | |
| 50 | Documents and Videos Relating to ESU Tomasula | | | | |

| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | Civil/Criminal No. | 22-CR-00354 (RCL) |
| Plaintiff | ☐ | | | | |
| Defendant | ☑ | RICHARD SLAUGHTER & CADEN GOTTFRIED | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 21 | Open source video of J6 5 | | | | |
| 22 | Open Source Video of J6 6 | | | | |
| 23 | Open source video of J6 7 | | | | |
| 24 | 6 Demonstration Permits for J6 | | | | |
| 25 | Crosstabs DC 011822[25099] | | | | |
| 26 | Trump Speech | | | | |
| 27 | Video Jan 06 2021, 2 32 24 PM | | | | |
| 28 | Jayden X Footage | | | | |
| 29 | Cop moving barricade | | | | |
| 30 | covering_riot_control_in_the_united_states_0 (1) | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES

VS.

DEREK COOPER GUNBY

Civil/Criminal No. 21-cr-626 (PLF)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 61 | BWC Footage Off. William Bogner | | | | |
| 62 | BWC Footage Off. Andrew Wayte | | | | |
| 63 | BWC Footage Off. George Donigian | | | | |
| 64 | BWC Footage Off. Jason Mastony | | | | |
| 65 | BWC Footage Off. Steven Sharp | | | | |
| 66 | BWC Footage Off. Anthony Alioto | | | | |
| 67 | BWC Footage Off. Jason Bagshaw | | | | |
| 68 | BWC Footage Off. Frank Edwards | | | | |
| 69 | BWC Footage Off. Frank Barnes | | | | |
| 70 | BWC Footage Off. Travis Coley | | | | |