# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. **22-cr-00354-RCL-1&2** |
| | ) |
| **RICHARD SLAUGHTER,** | |
| **& CADEN GOTTFRIED** | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant Derek Cooper Gunby, in the above-captioned matter.

Dated:_____, 2023

_____
United States District Judge