AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-cr-00354-RCL-1&2 |
| RICHARD SLAUGHTER,  & CADEN GOTTFRIED | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RICHARD SLAUGHTER,  & CADEN GOTTFRIED  .

Date:   11/15/2023

/s/ Roger I. Roots
*Attorney's signature*

Roger I. Roots
*Printed name and bar number*

21550 Oxnard Street
3rd Floor, PMB 172
Woodland Hills, CA 91367

*Address*

rroots@johnpiercelaw.com
*E-mail address*

(662) 665-1061
*Telephone number*

*FAX number*