## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                       )<br>            Complainant              )<br>                                                       )<br>       v.                                            )<br>                                                       )<br>RICHARD SLAUGHTER, and  )<br>CADEN GOTTFRIED                 )<br>                                                       )<br>            Defendant                  ) | Criminal Case No.<br><br>1:22-cr-00354-RCL-1 and 2 |

### MOTION OF COUNSEL TO WITHDRAW

Counsel for defendant Richard Slaughter & Caden Gottfried, John Pierce and Roger Roots, hereby move to withdraw from this case.

Mr. Slaughter and Mr. Gottfried is terminating our representation and has requested that we withdraw from the case, so under the applicable ethical rules this is a mandatory withdrawal motion.

Dated November 17, 2023

Respectfully Submitted,
*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel:(213) 400-0725
Email:jpierce@johnpiercelaw.com

*/s/ Roger I. Roots*
Roger I. Roots
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email:rroots@johnpiercelaw.com

CERTIFICATE OF SERVICE

I hereby certify that, on November 17, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce
