UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

RICHARD SLAUGHTER, and
CADEN PAUL GOTTFRIED,

*Defendants.*

Case No. 1:22-CR-354-RCL

## ORDER

Upon consideration of the documents sent by the defendants to the government and provided to the Court, and defense counsel's subsequent motions to withdraw, it is hereby **ORDERED** that John M. Pierce's Motion [92] to Withdraw and Roger I. Roots' Motion [93] to Withdraw are **GRANTED**.

It is further **ORDERED** that the documents sent by the defendants to the government are hereby filed on the docket.

It is further **ORDERED** that the Motions Hearing set for 11/21/2023 is **VACATED**.

It is further **ORDERED** that the Jury Trial set for 12/1/2023 is **CONTINUED** to a date to be determined in the future.

It is further **ORDERED** that a Status Conference is **SET** for 1/10/2024 at 12:30 pm in Courtroom 15 in-person before Judge Royce C. Lamberth. The status conference is set for January 2024 so that the defendants will have adequate opportunity to find counsel. If the defendants do not have counsel by January 10, a Federal Public Defender will appear alongside the defendants at the hearing and assist them in securing counsel.

**IT IS SO ORDERED.**

Date: November 20, 2022

Royce C. Lamberth
United States District Judge