# Rancourt, Stephen (USADC)

| | |
|---|---|
| **From:** | Rancourt, Stephen (USADC) |
| **Sent:** | Friday, November 17, 2023 3:25 PM |
| **To:** | Rick Slaughter |
| **Cc:** | Boyles, Katherine (USADC); cadengottfried9@gmail.com; jpierce@johnpiercelaw.com; elambert@johnpiercelaw.com |
| **Subject:** | RE: Docs to be served with the court today for SLAUGHTER AND GOTTFRIED - Criminal No. 1:22-cr-00354-RCL -1 and 2. |

Mr. Slaughter:

It is inappropriate to communicate with us directly.  Please contact your attorney.

Sincerely,
Stephen

---

**From:** Rick Slaughter <rick.slaughter@outlook.com>
**Sent:** Friday, November 17, 2023 3:21 PM
**To:** Rancourt, Stephen (USADC) <SRancourt@usa.doj.gov>
**Cc:** Boyles, Katherine (USADC) <KBoyles@usa.doj.gov>; cadengottfried9@gmail.com
**Subject:** [EXTERNAL] Docs to be served with the court today for SLAUGHTER AND GOTTFRIED - Criminal No. 1:22-cr-00354-RCL -1 and 2.

Good afternoon Mr. Rancourt.

Please see the attached PDF's. I wish for these documents to be served with the court. Currently, I do not have access to the court's case filing system. As you'll see I am requesting this. Please make sure this gets to the proper people at the court as I don't currently have any other way but to send them to you. I would also kindly request a response, so I know you received this email.

Thank you sir,
Richard K. Slaughter

215 Williams Blvd NE,
Orting, WA 98360

253-306-1094