UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| v. ) | Case No. 22-cr-00354-RCL |
| ) | |
| **RICHARD SLAUGHTER et al,** ) | |
| ) | |
| **Defendant** ) | |
| ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Richard Slaughter and Caden Gottfried


Dated: January 24, 2024              Respectfully Submitted,

                                                      /s/ William L. Shipley
                                                    William L. Shipley, Jr., Esq.
                                                     PO BOX 745
                                                     Kailua, Hawaii 96734
                                                     Tel: (808) 228-1341
                                                     Email: 808Shipleylaw@gmail.com

                                                     *Attorney for Defendant*