UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD SLAUGHTER, and<br><br>CADEN PAUL GOTTFRIED,<br><br>Defendants. | Crim No. 1:22-cr-00354-RCL |

## [~~PROPOSED~~] PRETRIAL SCHEDULING ORDER

In anticipation of the trial set for **Tuesday, November 12, 2024**, the following pretrial deadlines shall govern this case:

1. By **August 5, 2024**: (a) the Government shall notify Defendant of its intention, if any, to introduce any evidence under Federal Rule of Evidence 404(b); (b) Defendant shall notify the United States of its intention, if any, to assert any of the defenses outlined in Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3; and (c) each party shall disclose to opposing counsel a written summary of any testimony that the party intends to use under Federal Rules of Evidence 702, 703, or 705;

2. Defendant shall, by **August 12, 2024**, file any further pretrial motions under Federal Rule of Criminal Procedure 12. The Government shall respond to any such motion by **August 26, 2024**, and Defendant shall reply by **September 3, 2024**.

3. The parties shall file any further motions in limine by **September 16, 2024**, and any oppositions to the motions shall be filed by **September 30, 2024.**

4. The parties shall file a joint pretrial statement by **October 11, 2024** which will include:

1

    a. Proposed jury instructions, indicating:

        i. The instructions to which the parties agree;

        ii. The instructions to which the parties disagree, with specific objections noted below each disputed instruction and supporting legal authority (if any); and

        iii. The proposed instruction's source (e.g., the Red Book, Matthew Bender's Federal Jury Instructions), or, for modified or new instructions, its supporting legal authority;

    b. A list of expert witnesses, accompanied by a brief description of each witness's area of expertise and expected testimony, followed by specific objections (if any) to each witness;

    c. A list of prior convictions that the government intends to use for impeachment or any other purpose, followed by specific objections (if any) to that use;

    d. A list of exhibits that the government intends to offer during trial, with a brief description of each exhibit; and

    e. Any stipulations executed or anticipated to be executed.

5. A pretrial conference shall be held on October __48__, 2024 at __12:30 p.m.__

6. Jury selection shall commence on **Tuesday, November 12, 2024 at 10:00 a.m.** with the presentation of evidence to commence immediately upon the selection of the jury.

SO ORDERED.

Date: __4-9-24__

                                                _____
                                                Hon. Royce C. Lamberth
                                                U.S. District Court Judge