UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-00354-RCL |
| ) | |
| RICHARD SLAUGHTER et al, ) | |
| ) | |
| Defendant ) | |

# DEFENDANTS RICHARD SLAUGHTER AND CADEN GOTTFRIED'S MOTION TO CONTINUE TRIAL

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendants Richard Slaughter and Caden Gottfried by and through their undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Continue Trial currently set for November 12, 2024.

The Defendants' request is based on the close-in-time proximity of the current Trial date to the scheduled Presidential election date of November 5, 2024.  The Defendant has been charged with offenses stemming from events that occurred in Washington, D.C. on January 6, 2021. The events of that day evoke very strong reactions among a large swathe of Americans, particularly residents of the District of Columbia who lived through those events in their own backyards.   It is a subject that has continued to be discussed and debated today, and will certainly be a subject of what will likely be a hotly contested Presidential election campaign given the candidates.  It is still so prevalent in the minds of both American citizens and Americans' elected representatives that it is a focal point of many current campaigns during this election cycle, including the re-election campaign of the current President.

The currently scheduled trial date would come in the immediate aftermath of the next Presidential election.  The emotions, reactions, and mood of the country – including potential jurors – cannot be predicted with any confidence or certainty.  To say the likely outcome remains "up in the air" would be an epic understatement.

In addition, The Department of Justice has stated that it is again ramping up prosecutions of January 6th cases this year, three-and-a half years

after the events occurred. In the first year after January 6, 2021, there were 725 prosecutions.[1] In 2022, there were 275.[2] And in 2023, there were 200.[3] In the first quarter of 2024, DOJ prosecutors have stated that there are still anywhere between 700 and 1,300 additional indictments to hand down.[4] It would be naïve to think that one political party's unambiguous admission of its intention to use January 6th as a key component of its election strategy coupled with a rise in prosecutions for offenses related to the events of that day are merely a coincidence.

In the 2020 Presidential election, voters in the District of Columbia cast 92.15% of their votes for the Democrat candidate. 5.4% were for the Republican candidate.[5] With partisans on both sides now expressing an intention to use the events of January 6th for purposes of electoral advantage, it is impossible to deny that prospective jurors will have heightened emotions that can affect impartiality. If a Democrat party nominee is elected President, many will be seeking vengeance against those who have been charged in relation to events on January 6th and vilified during the campaign season. Alternatively, the same can be said if a Republican party nominee wins: people will be looking for someone to punish because their candidate lost. To deny these likelihoods is to ignore the charged atmosphere and extreme division that

---

[1] Alexander, Keith L. (December 31, 2021). "Prosecutors break down charges, convictions for 725 arrested so far in Jan. 6
  attack on U.S. Capitol". Washington Post. Archived from the original on January 2, 2022.
[2] https://www.businessinsider.com/all-the-us-capitol-pro-trump-riot-arrests-charges-names-2021-1
[3] "District of Columbia | Three Years Since the Jan. 6 Attack on the Capitol". www.justice.gov. October 6, 2023.
[4] "General Election 2020 - Certified Results". D.C. Board of Elections.

[5] https://www.nytimes.com/2024/04/16/us/politics/jan-6-supreme-court-prosecutions.html

exists politically in the United States at present.  It is also a denial of the psychology of the human mind.

 To receive a fair trial and for the reasons stated above, a continuance is needed to allow enough time for the emotions of both the election cycle and the rehashing of January 6th as a political cudgel to subside for those who might be called to serve as jurors.

 Based on the foregoing, Defendants respectfully request this Court continue the currently scheduled trial set for November 12, 2024, as well as any other date in the scheduling order that would be affected by the continuance being sought.

Dated: July 25, 2024     Respectfully Submitted,

           /s/ William L. Shipley
           William L. Shipley, Jr., Esq.
           PO BOX 745
           Kailua, Hawaii 96734
           Tel: (808) 228-1341
           Email: 808Shipleylaw@gmail.com

           *Attorney for Defendant*