UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>**RICHARD SLAUGHTER** and **CADEN GOTTFRIED**,<br><br>*Defendants.* | Case No. 1:22-cr-354-RCL |

## ORDER

Defendants were arrested in October, 2022. Min. Entry (Oct. 12, 2022). Yet their case has yet to go to trial. In January of this year, defense counsel entered an appearance for defendants. On February 2, the Court held a status conference, at which defense counsel advised the Court that a November trial date could work. Based on defense counsel's representation of his earliest availability, the Court set a tentative trial date of mid-November. In April, the Court held another status conference and set a trial date of November 12. In June, the Court held a further status conference. Although the government raised the possibility of moving the trial date forward, defense counsel opposed that on the basis that he did not have an open week for a jury trial. The Court maintained the November 12 trial date.

Then, in July, defense counsel suddenly moved to continue the November trial date that he had requested on the theory that the defendants could not get a fair trial so close to the November 5 election. Def. Mot., ECF No. 110. The government filed an opposition, in which it noted its availability for an earlier trial "in August, the weeks of September 3, 9, or 16, or the weeks of October 21 or 28." Gov. Opp'n, 6, ECF No. 111. Defense counsel then filed a reply, suggesting dates in December or January. Def. Reply, ECF No. 112.

1

Since defense counsel entered his appearance, the Court has accepted on their face his representations that he has been unavailable for a trial until November. And it has acceded to his requests to schedule this trial for November. But in light of the government's availability on other dates, and the contentious nature of the briefing, the Court will ascertain the facts of defense counsel's schedule before making a final decision on the defendants' motion for an extension. Accordingly, it is hereby **ORDERED** that the Court will hold a status conference in person (or by Zoom, if defendants consent) on Friday, August 9 at 2:30 PM at which defense counsel shall provide the dates of each trial he has scheduled between now and November, along with the docket number, judge, and estimated length of trial, concentrating especially on the weeks of September 9 and 16 and the weeks of October 21 and 28. The Court will act on the basis of the facts, not any party's ad hominem attacks.

**IT IS SO ORDERED.**

Date: _8-8-24_

Royce C. Lamberth
United States District Judge