UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-00354-RCL |
| ) | |
| RICHARD SLAUGHTER et al, ) | |
| ) | |
| Defendant ) | |

# DEFENDANTS RICHARD SLAUGHTER AND CADEN GOTTFRIED'S MOTION TO CONTINUE STATUS HEARING

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendants*

NOW COMES, Defendants Richard Slaughter and Caden Gottfried by and through their undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Continue the Status Hearing set for August 9, 2024.

This Court set a status conference for August 9, 2024, at 2:30 PM in response to the Defendants' Motion to Continue Trial.  *See* ECF No. 113.

Undersigned counsel will be on a flight from California to Hawaii at the time set for the hearing.

The Court's order directed counsel for the Defendants to be prepared to provide information to the Court and Government counsel regarding his trial schedule through the month of November.   That schedule is as follows:

Aug. 20:   *United States v. Pepe*, 21-cr-00052 TJK (3 days).

Oct. 15:   *United States v. Kuntz*, 23-cr-00427 DLF (3 days).

Oct. 15:   *United States v. Snoots*, 24-cr-00234 DLF (3 days).

Oct. 28:   *United States v. Ramos*, 21-cr-00111 DKW (D.Haw)(6 Days).

In an abundance of caution to make sure the record before the Court is clear, the decision of the United States Supreme Court in *Fischer v. United States* significantly changed counsel's trial schedule.

*United States v. Lee*, 21-cr-00303 AJB, was set for trial on September 4. The Government recently dismissed the Sec. 1512 count in that case – the only felony – and the trial date was vacated upon reassignment of the case back to a magistrate judge.

*United States v. Jackman*, 21-cr-00378 TJK, was a five defendant "Florida Proud Boy" case set for trial on September 17.  Two weeks ago the

Government moved to dismiss the Sec. 1512 count in that case as well, and both clients of the undersigned counsel (Kevin Tuck and Nathanial Tuck, father and son) accepted plea offers last week -- one to a Sec. 231 felony, and the other to a Sec. 5140 misdemeanor.  The Tucks are set for a change of plea on September 9.

*United States v. Hughes*, 23-00237 CJN, set for trial on August 6, 2024, was resolved on the first day of trial by an "open plea" to two counts without a plea agreement, and the Government's decision to dismiss the remaining counts at the time of sentencing.

Until the *Fischer* decision, the undersigned counsel has two trials set in August, two trials in September, and three trials in October.

In addition to the trials, the undersigned counsel has two appellate briefs due before November 1, and seven sentencing hearings in the next 75 days.


Dated: July 25, 2024                    Respectfully Submitted,

                                        /s/ William L. Shipley
                                        William L. Shipley, Jr., Esq.
                                        PO BOX 745
                                        Kailua, Hawaii 96734
                                        Tel: (808) 228-1341
                                        Email: 808Shipleylaw@gmail.com

                                        *Attorney for Defendant*