UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim No. 1:22-cr-00354-RCL |
| | : | |
| **RICHARD SLAUGHTER, and** | : | |
| **CADEN PAUL GOTTFRIED,** | : | |
| | : | |
| **Defendants.** | : | |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANTS' MOTION TO CONTINUE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendants Richard Slaughter and Caden Paul Gottfried's Motion to Continue All Matters in this Case, ECF No. 117.

This case is currently on its fourth trial setting. Trial was initially scheduled for December 1, 2023. ECF. 49. On November 20, 2023, the trial date was vacated after the defendants' attorneys moved to withdraw from the case. ECF. 94. The defendants obtained new counsel, and at a status conference held on April 9, 2024, trial was reset for November 12, 2024. ECF 107. On July 25, 2024, defense counsel moved to continue trial. ECF. 110. On August 13, 2024, this Court moved up the trial date to September 16, 2024. *See* 08/13/24 Minute Entry. But on September 9, 2024, the Court vacated this setting and reset trial for January 6, 2025. *See* 09/09/24 Minute Entry.

On November 11, 2024, the defendants filed the instant motion, requesting that the court vacate all dates and hearings in this case until February 2025. ECF No. 117. No material change to the facts or law at issue in this case has occurred since the pretrial conference on September 9, 2024, and the government remains prepared for trial. The Court should therefore deny the defendants' motion.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest. The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Jaimee Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (denying continuance of sentencing hearing based on claim of potential clemency); *U.S. v. Nicholas Fuller*, No. 23-cr-209 (CKK), Nov. 6, 2024 Minute Entry (denying motion to continue sentencing hearing based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order (denying motion to continue sentencing hearing based on claim of potential clemency). The defendants' citation to Special Counsel Jack Smith's motion to vacate a briefing schedule in the matter of *United States v. Trump*, No. 23-cr-257 (TSC), is inapposite. That motion refers to the "unprecedented circumstance" of a criminal defendant being "expected to be certified as President-elect on January 6, 2025, and inaugurated on January 20, 2025." *See id.*, ECF No. 117. The need to "determine the appropriate course going forward consistent with Department of Justice policy," *id.*, is not similarly implicated in this case, where the defendants are private citizens.

For the foregoing reasons, the Court should deny the defendants' motion to continue and proceed with a trial on January 6, 2025.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:    */s/ Stephen J. Rancourt*
        Stephen J. Rancourt
        Assistant United States Attorney
        Texas Bar No. 24079181
        601 D Street, NW
        Washington, D.C. 20530
        Phone: (806) 472-7398
        Email: stephen.rancourt@usdoj.gov

        */s/ Katherine E. Boyles*
        Katherine E. Boyles
        Assistant U.S. Attorney
        D. Conn. Fed. Bar No. PHV20325
        601 D Street NW
        Washington, D.C. 20001
        Phone: 203-931-5088
        Email: Katherine.Boyles@usdoj.gov