UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 22-cr-00354-RCL |
| | ) |
| RICHARD SLAUGHTER et al, | ) |
| | ) |
| Defendant | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendants waives his right to trial by jury.

*[signature]*
Richard Slaughter

*[signature]*
Caden Gottfried

/s/ William L. Shipley
William L. Shipley, Jr., Esq.

I consent:
/s/Stephen Rancourt
Stephen Rancourt
Assistant United States Attorney

Approved:

*[signature]*
Royce C. Lamberth
United States District Judge

Date: 12/19/24

1