UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 22-cr-00354-RCL |
| ) | |
| RICHARD SLAUGHTER et al, ) | |
| ) | |
| Defendant ) | |

### DEFENDANTS RICHARD SLAUGHTER AND CADEN GOTTFRIED'S MOTION TO CONTINUE TRIAL

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendants Richard Slaughter and Caden Gottfried by and through their undersigned counsel of record, William L. Shipley, and respectfully files this Motion to Continue Trial currently set for January 7, 2025.

Defendants Slaughter and Gottfried reside in the State of Washington, and the undersigned counsel is currently residing in Northern California. All are set to travel on January 6, 2025, to the District of Columbia for trial set to begin on January 7, 2025.

As reported by many weather service and news media outlets, a winter weather "Polar Vortex" storm is forecast to descent into the United States over the next several days. As of the filing of this motion, Erie, Pennsylvania, other parts of northern Pennsylvania, and parts of Upstate New York have already begun to receive more than a foot of snowfall from the leading edge of this storm. The snowfall amounts forecast for the District of Columbia vary from 6 to 12 inches for January 6, 2025.

Given the historical realities of the DC Government in dealing with significant snowfall – it lacks the equipment necessary to quickly clear streets in the District -- it is highly unlikely that government operations would continue as normal on January 7, 2025. Resumption of "normal" activities would likely not come until January 8 – at the earliest.

In addition, all federal buildings are now scheduled to be closed on January 9, 2025, in honor of the Day of Mourning for former President James Earl Carter. Even if the trial does commence on January 8, it is unlikely that it would be completed on January 10 -- the second day of trial. Undersigned

counsel has a planned family obligation on Sunday, January 12 in Sacramento, California, and other case obligations on January 13 and 14, 2025.

Undersigned counsel is set to return to the District on January 15 for two sentencing hearings on January 16 – one before this Court. If the Court is available, the undersigned counsel could start trial on the afternoon of January 15, with an expectation that the trial could be completed by January 17. It is in the interests of the Defendants to begin and end this trial with only a single cross-country trip being necessary.

Undersigned has conferred with the Government who are opposed.

Wherefore, Defendants respectfully request that this Court continue the January 7, 2025, trial date and set a video Status Conference for January 6, 2025, in order to select a new trial date.

Dated: January 3, 2025        Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*