UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim No. 1:22-cr-00354-RCL |
| | : | |
| **RICHARD SLAUGHTER, and** | : | |
| **CADEN PAUL GOTTFRIED,** | : | |
| | : | |
| **Defendants.** | : | |

GOVERNMENT'S OPPOSITION TO
DEFENDANTS' MOTION TO CONTINUE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes defendants Richard Slaughter and Caden Paul Gottfried's motion to continue, ECF No. 125.

The defendants' motion to continue is speculative and not a basis for delaying trial. *First*, as shown below, the National Weather Service's daytime forecast for Tuesday, January 7, 2025 shows "Sunny, with a high near 31 [degrees]" and no inclement weather.[1] *Second,* the defendants' motion predicts that the D.C. government "lacks the equipment necessary to quickly clear streets in the District." ECF No. 125, at 2. In fact, the government of the District of Columbia has equipment necessary to handle snow – including 21 brine trucks, 24 heavy plows, and 10 light plows.[2] *Third*, the defendants' motion cites to weather in other parts of the country (i.e. "Erie, Pennsylvania, other parts of northern Pennsylvania, and parts of Upstate New York," *see* ECF No. 125, at 2), which are not proximate to Washington, DC and have quite different weather conditions. If the defendants or defense counsel require an additional thirty minutes or an hour to reach the

---

[1] *See National Weather Service forecast for Washington,* DC: https://forecast.weather.gov/MapClick.php?lat=38.8920621&lon=-77.0199124 (accessed January 3, 2025 1:30pm)
[2] *See January 2, 2025 Press Release from the Mayor's Office*: https://mayor.dc.gov/release/mayor-bowser-deploy-district-snow-team-ahead-friday%E2%80%99s-forecasted-snow-showers (accessed January 3, 2025 at 1:30pm)

courthouse on Tuesday morning, the government is amenable to such accommodations. (In the event of actual inclement weather on Tuesday, the government and the Court will be prepared to address that exigency should it arise.) A wholesale delay of trial dates is not warranted when the official forecast is 31 degrees and sunny, which is typical January weather in Washington, DC.[3]

Notably, this case is currently on its *fifth* trial setting. Trial was initially scheduled for December 1, 2023. ECF No. 49. On November 20, 2023, the trial date was vacated after the defendants' attorneys moved to withdraw from the case. ECF No. 94. The defendants obtained new counsel, and at a status conference held on April 9, 2024, trial was reset for November 12, 2024. ECF No. 107. On July 25, 2024, defense counsel moved to continue trial. ECF No. 110. On August 13, 2024, this Court moved up the trial date to September 16, 2024. *See* 08/13/24 Minute Entry. But on September 9, 2024, the Court vacated this setting and reset trial for January 6, 2025. *See* 09/09/24 Minute Entry. Finally, upon mutual agreement, the trial was moved from January 6, 2025 to January 7, 2025 to ensure witness availability. *See* 12/19/24 Minute Entry.

---

[3] During a brief call prior to the defendants' motion being filed, lead counsel for the government notified the defendants' counsel that lead counsel for the government was unavailable January 15th to 17th.

For the foregoing reasons, the Court should deny the defendants' motion to continue and proceed with a trial on January 7, 2025.

                              Respectfully submitted,

                              MATTHEW M. GRAVES
                              United States Attorney
                              DC Bar No. 481052

By:   */s/ Stephen J. Rancourt*
        Stephen J. Rancourt
        Assistant United States Attorney
        Texas Bar No. 24079181
        601 D Street, NW
        Washington, D.C. 20530
        Phone: (806) 472-7398
        Email: stephen.rancourt@usdoj.gov

        */s/ Carolyn J. Jackson*
        Carolyn J. Jackson
        D.C. Bar No. 1644971
        Assistant United States Attorney
        601 D Street N.W.
        Washington D.C. 20579
        carolyn.jackson@usdoj.gov
        (202) 252-7078

        */s/ Naveed S. Amalfard*
        Naveed S. Amalfard
        Special Assistant United States Attorney
        New York Bar Number 6039234
        601 D Street NW
        Washington, DC 20530
        Naveed.Amalfard@usdoj.gov
        (202) 834-4516